FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

ABE JONES,JR.#65170

**COMPLAINT**

FILED

OCT 1 3 2004

BY _____ DEPUTY

*(Enter above the full name of the plaintiff or plaintiffs and prisoner number of each plaintiff in this action)*

V.

ANTHONY J. BUCKLEY,
JAY L. JERNIGAN,
LARRY DYKES ,ROGER WILLIAMS,
and GAYLON HARPER IN THEIR PERSONAL AND OFFICIAL CAPACITIES:

CIVIL ACTION NUMBER: *2:04cv349 R*

(to be completed by the Court)

*(Enter above the full name of the defendant or defendants in this action)*

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
**The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.**

A.  Have you ever filed any other lawsuits in a court of the United States?     Yes (   )  No (**XX**)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.  Parties to the action: **N/A**

2.  Court (if federal court, name the district; if state court, name the county): **N/A**

3.  Docket Number: **N /A**

4.  Name of judge to whom case was assigned: **N/A**

5.  Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): **N/A**

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: **ABE JONES, JR.**          Prisoner Number:    **65170**

   Address:    **SMCI-II D1-33 P.O BOX 1419**

   **LEAKESVILLE, MISS. 39451**

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant:   **HON. ANTHONY J. BUCKLEY**                                is employed as
**Districe Attorney of Jones County, Mississippi**
                                                           at   **501 5th Avenue**
**Laurel, Miss. 39441**

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF(S):

NAME:
**ABE JONES, JR. #65170**

ADDRESS:
**SMCI-II D1-33 PO.BOX 1419 Leakesville, Miss. 39451**

DEFENDANT(S):

NAME:
**Jay L Jernigan, Attorney at Law**

ADDRESS:
**631 N. Main St. Suite-D Hattiesbrug, Miss. 39401**

**LARRY DYKES, SHERIFF OF JONES CO.** **419 Yates Avenue Laurel, Miss. 39441**

**ROGER WILLIAMS, Commander of Southeast Miss. Drug Task Force**
**5223 HWY 84.W Laurel, Miss. 39441**

**HON. GAYLON HARPER, County Judge** **5170 HWY 11.N. Ellisville, Miss. 39437**

# ADMINISTRATIVE REMEDIES PROGRAM

A.    At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes (    )    No ( XXX

B.    Are you presently incarcerated for a parole or probation violation?

Yes (    )    No ( XXX

C.    Did you present the facts relating to your complaint in the administrative or grievance procedure in your institution?

Yes (    )    No (XXX

1.    If you answer to C is yes,

    a.    State the date your claims were presented:  n/a

    b.    State how your claims were presented. (Written request, verbal request, request for forms)

        n/a

    c.    State the result of that procedure. **(You must attach a copy of the final result, such as a certificate from the administrator of the Administrative Remedies Program stating that you have exhausted your administrative remedies.)**

        n/a

2.    If you have not filed a grievance, state the reasons:  Plaintiff was not incarcerated at Begainning of this Incident, also Plaintiff know of no Administrative Remedies for This Type of Matter.

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

The 5th Amendment of the United States Constitution states that;

No person shall be held to answer for a Capital, or otherwise

Infamous crime, unless on A Presentment of Indictment of A Grand

Jury, Except in cases Arising in Actual Service in time of War

or Public Danger; Nor shall any person be subject for the same

offence to be twice put in Jeopardy of Life or limb; Nor shall

be compelled in any Criminal case to be A Witness Against Himself;

**Nor be Deprived of Life, Liberty, or property, without Due Process**

**of Law; Nor shall private property be taken for public use, without**

**Just Compensation. (see Pages Attached herewith)**

## RELIEF

IV.    State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

(PLEASE SEE PAGE 4. N)

Signed this 7th day of ___Oct.___ , 20 04 .

x Abe Jones Jr.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

___10-7-04___
(Date)

x Abe Jones Jr.

_____
Signature of plaintiff(s)

4

4A.

The 14th Amendment of the United States Constitution States that;

Section 1. All person Born or Naturalized in the United States and
subject to the Jurisdictipn thereof, are Citizens of the
United States and of the State wherein they Reside. No State
shall make or Enforce Any Law which shall Abridge the Privileges
or immunitties of Citizens of the United States; **Nor shall Any
State Deprive Any person of Life, Liberty, or property, without
Due Process of Law, Nor Deny to Any person within its Jurisdiction
the Equal Protection of the Laws.**

Plaintiff,Abe Jones,jr. and His Wife Etta Jones, Have Been

Deprived of their property in violation of Due Process of Law as

set out in the 5th and 14th Amendment of the United States Constitution.

On or About June 21,2004 Plaintiff was deprived of the Below

Listed  Property Due to An Unauthorized and, False Agreed Order of

Dismissal Entered in the County Court of the Second Judicial District

Jones County,Mississippi Executed by Plaintiff's EX-Attorney the

Hon. JAY L. JERNIGAN,Hon. ANTHONY J. BUCKLEY,Jones County District

Attorney, Roger Williams, Commander of the southeast Mississippi

Drug Task Force, Larry Dykes, Jones county Sheriff and, The Hon.

Gaylon Harper, County Judge of Jones County,see EXHIBIT-A Herewith.

On or About April 18,2002,the Following property was Seized

From Plaintiff Pursuant to Section 41-29-153 of the Mississippi Code

of 1972. By, the Jones county Sheriff's Department and,the Southeast

Mississippi Drug Task Force(S.E.M.D.T.F.), To Wit;

(1). One 2001 Lincoln LLS Vehicle, VIN#1LNHM87A51Y701314, Titled In
the name of ABE JONES,jr. with A Lien in Favor of Miss. Title Loans
Purchashed Value of Approximately $42,365.00;

(2).One 2000 Pontiac Grand Am Vehicle,VIN# 1G2NF52TXYM853961,Titled
in the Name of ABE JONES,jr. and, ETTA JONES, purchashed Value of
Approximately $18,000.00;

(3). One Sanyo 19" Television Set,Value at Approximately $75.00;

4B

(4). One Gateway Computer and,Accessories,value at Approximately $750.00;

(5). One Epson Printer,value at Approximately $75.00;

(6). One Umax Scanner,Value at $80.00;

(7). One Allegro Video Cassette Recorder, Value at Approximately $50.00

(8). One GE D.V.D. Player, Value at Approximately $175.00;

(9). One Cannon Camcorder,Value at Approximately $325.00;

(10). One Mitsubitchi Camera, Value at Approximately $500.00;

(11).One Emerson CD and Cassette Player with Speakers, Value at Approximately $80.00;

(12). One Phillips 60∅ Television Set,Value at Approximately $3,500.00;

(13). One Kenwood CD Changer with Surround Sound, Value at Approximately $400.00;

(14).One Kenwood Dual Cassette Deck, Value at Approximately $200.00;

(15). One Kenwood CD Changer,Value at Approximately $325.00;

(16). One Orion VCR, Value at Approximately $ 45.00;

(17). One Emerson 12" Television set, Value at $70.00

(18). Two Phillips Dual Cassette and CD player, Value $300.00($150.00 each);and,

(19). $1,838.00 In US Currency(cash):

This $1,838.00 Cash is not listed On the Allege Agreed Order of

Dismissal, See Exhibit-A. But,  it is Listed on Notice of Seizure,

Exhibit-B.1.

Also, not Li sted on the Agreed Order of Dismissal is.Two(2)

Cambrige Speakers SN# SW00361382006602, See Notice of Seizure

Exhibit-B.2. Plaintiff would like to,Also Call this Court's Attention

to Exhibits_ B.1 &B.2 and, point out the Fact that. The, Notice of

Seizures or not Completely Filled out Properly..

4C.

This, matter Extends from the Arrest of Plaintiff, On Or About.
April 18,2002.On A Charege of Sale of Crack Cocaine, A Controlled
Substances.

On,the Day of Plaintiff's Arrest.The, Jones County Sheriff's
Department and, the Southeast Mississippi Drug Task Force Executed
A, Warrantless Search and, Seizure of Plaintiff and His Property.
Plainitff, was not shown A Warrant for His Arrest or,the Search of
His, Home, Vehicles or, property. However, upon the Search of His
Home, Vehicles or,Property. No, Drugs were found in or on Either
Plaintiff Personal, Home or, Vehicles.

The, Jones County Sheriff's Department and,THe Southeast
Mississippi Drug Task Force However, Claim's that They Found, 5
pieces of Crack cocaine outside of Plaintiff's Home, down in the
Sewerage  System.

On or About May 17,2002,A petition For Forfeiture of items
Seized  was filed with the Jones County Circuit Clerk Office by,
Sherry L.Lowe, Assistant District Attorney for the Eighteenth Circuit
Court District,see Exhibit-C..

Plaintiff, do not Have A Copy of this Alleged Petition For
Forfeiture Of Items Seized. However,Plaintiff has Attempted on Two(2)
Occasiions To Attain copies of this Petition from, the Circuit
Clerk Office Of Jones County,Mississippi.Plaintiff has had,His
Family to go to the Clerk's Office and, Request copies of All
Documents in the file under Cause No. 2002-211.The Only Documents
That Plaintiff has been Able to Attain is. Copies of Three(3) Allege
Subpoena Duces Tecum Filed under this Cause Number,see Exhibits-D,
E,& F.

40.

PLAINTIFF'S MOTHER, MRS. HILMA JONES WHO WILL BE CALLED TO TESTIFY IN THIS MATTER. WILL TESTIFY THAT SHE HAS ON TWO (2) OCCASIONS GONE TO THE JONES COUNTY CIRCUIT CLERK'S OFFICE AND REQUESTED COPIES OF ALL DOCUMENTS ON FILE UNDER CAUSE NO. 2002-211 AND. BOTH TIMES SHE WAS GIVEN COPIES OF EXHIBITS - C, D, E AND FONLY. AT NO TIME HAS CIRCUIT CLERK PRODUCED A COPY OF ANY PETITION FOR FORFEITURE OF ITEMS SEIZED.

ALSO, PLAINTIFF'S ATTORNEY IN 2002 THE HON. DAVID RATCLIFF, WAS ALLEGED TO HAVE FILED A PETITION CONTESTING THE FORFEITURE PETITION FILE BY THE STATE AND FILED AN ANSWER TO THE PETITION.

PLAINTIFF, IS UNABLE TO ATTAIN ANY COPIES OF THIS PETITION CONTESTING THE FORFEITURE OR ANSWER TO THE PETITION FOR FORFEITURE OF ITEMS SEIZED.

PLAINTIFF, HAS NO KNOWLEDGE OF ANY HEARINGS BEING HELD ON THIS MATTER ON OR ABOUT AUGUST 12, 2002 AS ALLEGED IN THE SUBPOENA DUCES TECUM, SEE EXHIBITS - D, E, AND F. TO PLAINTIFF'S KNOWLEDGE. THERE IS NO RECORD OF ANY HEARINGS BEING HELD IN THIS MATTER.

THE, JONES COUNTY SHERIFF'S DEPARTMENT AND THE SOUTHEAST MISSISSIPPI DRUG TASK FORCE. SEIZED PLAINTIFF PROPERTY ON OR ABOUT APRIL 18, 2002. FROM THIS TIME TIL THIS DAY. PLAINTIFF HAS NO KNOWLEDGE OF ANY ACTIONS BEING TAKEN IN THIS MATTER. UNTIL, ON JUNE 21, 2004 WHEN THE ALLEGED AGREED ORDER OF DISMISSAL WAS ENTERED IN THIS MATTER.

4E.

Plaintiff on or about November 3, 2003, entered a plea of guilty on one count of sales of crack cocaine. Plaintiff, received a sentence of, 18 years with, 5-years suspended, 10 years to serve and, 5-years post release supervision.

Pursuant to the, forfeiture laws of the state of Mississippi. The provision of section 41-29-153 (a)(4), (a)(5), and (a)(7). of the Mississippi code of 1972 as amended states.

(a). The following are subject to forfeiture;

(4). All conveyances including aircraft, vehicles or vessels, which are used, or intended for use to transport or in any manner, to facilitate the transportation, sale, receipt, possession or concealment of property described in paragraph (1) or (2) of this section However;

(5). All money, deadly weapons, books, records and research products and materials, including formulas, microfilm, tapes and data which are used or intended for use, in violation of this Article;

(2). Everything of value, including real estate, furnished or intended to be furnished, in exchange for a controlled substance in violation of this Article. All proceeds traceable to such an exchange, and all monies, negotiable instruments businesses or business investments, securities, and other things or value used, or intended to

PAGE- 4E.

4F

facilitate any violation of this article. All monies, coin and currency found in close proximity to forfeitable controlled substances. To forfeitable drug manufacturing or distributing paraphernalia, or to forfeitable records of the importation, manufacture or distribution of controlled substances are presumed to be forfeitable under this paragraph; the burden of proof is upon claimants of the property to rebut this presumption.

Under, the laws of the state of Mississippi. In order to be entitled forfeiture of currency, vehicles or other property. The State, must prove that, it is more likely then not that, currency, vehicles and other property. Was possessed by plaintiff with intent to be used in connection with illegal narcotics trafficking scheme. Miss code Anns 41-29-153 (a)(4),(d)(5), and (a),(7).

Also, miss. code Ann § 41-29-153 (b)(4), states that;

(b). property subject to forfeiture may be seized by the Bureau, local law enforcement officers; enforcement officers of the Mississippi Department of Transportation, Highway Patrolman, the board; or the state board of Pharmacy upon process issued by any appropriate court having Jurisdiction over the property. Seizure without process may be made of;

46.

(4). The Bureal, local law enforcement officers, enforcement officers of the department of transportation, Highway petrolmen, the Board or the state Board of pharmacy have probable cause to believe that, the property was used or is intended to be used in violation of this Article. MCA § 41-29-153 Cb)(4).

In the case at Bar, It is a known fact to all Defendents, that plaintiff's property pursuant to the law was not forfeitable.

The, Forfeiture statutes require that, in order to be subject to forfeiture, the seized property be used or intended to be used in violation of uniform controlled substances law, the statutes also, require that, before the property may be seized without process, the sierzing officer, must have "PROBABLE CAUSE" to believe the property was used or intended to be used in violation of the Article.

Plaintiff's Guilty plea to the sale of crack cocaine was not probable cause, standing Alone. The fact that, 5 pieces of crack cocaine was alleged to have been found outside of plaintiff Home in the sewerage system was not probable cause.

In, the case at Bar, plaintiff can show to this court the legitimate source of his income,

4 H.

Plaintiff can show to this court that, in 1999, plaintiff had a income from legal gambling winnings of approximately $90,350.00, see Exhibit G1 - G3, which or Mississippi tax return records filed by Jackson Hewitt Tax Service, 910 Sawmill Road, Laurel, Miss, 39440 Phone #. 601-428-1062.

In, 2000, plaintiff can show a legal gambling winnings income of approximately $103,900.00, see Exhibit - H.1 and H.2.

In, 2001, plaintiff can show a legal gambling winnings income of approximately $305,949.00, see Exhibit - I.1 - I.3.

The, state can not show that, any of plaintiff property seized was. traceable to any intend to be use for the manufacturing, distributing of controlled substances, the state can not establish any connection between the plaintiff property and any drugs or drug trafficking.

Plaintiff, will show to this honorable court in Exhibit - J, were the state through Jones County District Attorney Anthony J. Buckley attempted to coerce plaintiff in to signing over his property, in order to get charges dismissed against plaintiff's son, Antwan Jones. this, letter Exhibit - J. from District Attorney Anthony J. Buckley was to plaintiff's ex-attorney Jay L. Jernigen dated May 18, 2004.

page - 4 H.

4I.

Now, The Jones County Sheriff's Department and, The Southeast Mississippi Drug Task Force Seized Plaintiff's Property on or about April 18, 2002. over, two years pasted. Still Forfeiture Hearing had not been Held In This Matter. Had the State been Able to prove That. Plaintiff's Property was Subject to Forfeiture. Why, Would They be Tring to make This Kind of Deal over 2 year After Property was Seized? Because, They Known They had No Case Against Plaintiff's Property.

Close To one Month, After This Letter was Sent To Plaintiff's ex-Attorney Jay L. Jernigan, exhibit-J. on June 21, 2004, Attorney Jay L. Jernigan enters A Falsifing Agreed order of Dismissal, See Exhibit — A.

Attorney Jay L. Jernigan, did not have Plaintiff's Authorization to execute Any Agreements or Acts as An Agent for Plaintiff on This matter.

Attorney Jay L. Jernigan, Never Talked To Plaintiff Concerning This matter. Nor, did Anyone else Having The Authority To do so, Give Attorney Jay L. Jernigan The Authority To enter or execute Any Type of An Agreement Concerning Plaintiff's Property.

On or About September 10, 2004, Plaintiff wrote Attorney Jay L. Jernigan concerning This Agreed order of Dismissal and, The Forfeiture of Plaintiff's Property.

4.J.

On or about September 15, 2004, plaintiff received a letter from Attorney Jay L. Jernigan concerning this matter, see Exhibit-K.

Attorney, Jay L. Jernigan was informed by plaintiff's mother Mrs. Hilma Jones of plaintiff's whereabouts. Still, Attorney Jay L. Jernigan never once tried to contact plaintiff himself.

Attorney Jay L. Jernigan, claims in this letter, exhibit-K that:

Plaintiff failed to contact him to let him know what plaintiff wanted to do within the time period allowed by the District Attorney.

Mr. Jay L. Jernigan claims that, he called plaintiff mother who instructed him to sign the order in order to prevent plaintiff's son from going to jail, Exhibit-K.

However, Mrs. Hilma Jones, states in her affidavit enclosed here with Exhibit-L. That, She have no knowledge of anyone giving Attorney Jay L. Jernigan the authority to execute any actions of a settlement concerning the items and property seized from plaintiff.

Mrs. Hilma Jones also states, that, She have not signed, or entered in to any type of an agreement or, authorized. Attorney Jay L. Jernigan to act as a agent on behalf of Abe Jones Jr. (Plaintiff). to forfeit. Any of the property seized. Mrs. Hilma Jones will also, testify to these facts in court.

Page- 4.J

4.K.

ALSO, Exhibit-M, is an Affidavit from plaintiff's wife, MRS. ETTA JONES. She, states that she never gave Attorney Jay L. Jernican the Authority or signed any type of an Agreed order of Dismissal nor, did She Agree To Attorney Jay L. Jernican doing so on Her Behalf or, the Behalf of Abe Jone, Jr. (Plaintiff). See Exhibit-M.

Therefore, This Honorable court can see the violations of Plaintiff's 5th and 14th Amendments Rights in This case.

This Honorable court can Also see the conspiracy and Fraud by Deception on the part of the Defendants To Deprive Plaintiff of His property without the Due process of the Laws.

Pursuant To The Miss. Code Ann § 41-29-179 (1). It States That;

(1. Except as otherwise provided in Section 41-29-176 An owner of property, other than A controlled substance, raw material or paraphernalia that has been seized shall file An Answer within thirty (30) Days After The completion of Service of process, if An Answer is not Filed, The court shall hear evidence that the property is subject To Forfeiture and forfeit the property To The Mississippi Bureau of Narcotics or Local Law Enforcement Agency.

4.C.

If. An Answer is .Filed, A time for hearing on forfeiture shall be set within Thirty (30) Days of filing The Answer. or at .the succeeding term of court if court would not be in progress within thirty (30) days. After .filing the Answer. provided .However, That upon Request by The Bureau of Narcotics The Local Law Enforcement Agency or The owner of The property. The Court may postpone said forfeiture Hearing .to A date past the time any criminal Action is pending Against said owner.

Plaintiff, submit That. His Attorney at the time of may 17, 2002 was The Hon. Davrd .Ratcliff. May 17 2002 is The Alleged .Date That, the petition for Forfeiture of Items .seized was filed According to .The Filed Date on Exhibit-C.

From Exhibits— D, E, and F, It is .shown That An Alleged .Hearing was suppose to have taken Place on or About .August 12, 2002 at 9:00 Am in the City of Laurel mississippi.

Plaintiff was .never informed of This Hearing and have No Knowledge of infact This Hearing took place at All. No.one contacted plaintiff Concerning A Hearing on August 12, 2002.

4m.

However, if this Alleged Hearing did take place. What was the out come of it? If, the Court had Ruled in favor of the state. Why then in may 2004, they was still trying to get the plaintiff to sign over his property? This, makes no sense.

Also, the law is clear that, miss code Ann .41-29-179 states that;

If An Answer is filed. A time for hearing on forfeiture <u>shall</u> be set within thirty (30) Days of filing the Answer. or At the succeeding (comes next in order). term of court if court would not be in process within thirty (30) Days After filing the Answer.

Plaintiff, was not given A Hearing thirty (30) Day. After the filing of the Answer. Nor was there A hearing in the succeeding term of court to plaintiff's knowledge.

Also, Exhibits - N.1 - N9 and Exhibits - 0.1 - 0.6 are more proof of plaintiff's income from legal gambling winnings. These are only some of the 2001 and 2002 W-2G forms, from the Silver Star Hotel and casino. In Philadelphia mississippi.

Plaintiff's property, is not and was not traceable to Any Drug Dealings or, manufacturing and Distributing of Drug or Drug Trafficking.

4. N.

THE AMOUNT OF Chalk Cocaine Alleged to have been Found in the sewerage system outside of plaintiff's Home, is an insufficient Amount to even say plaintiff was a Drug Dealer at all. Crack smokers or Found to carry this Amount and more on them personal everyday.

## REQUESTED RELIEF.

PLAINTIFF, Request the return of All seized property as it was the Day it was seized. or, plaintiff shall be compensated in the Amount of $68,853.00 PLUS $10,000.00 more from Attorney Jay L. Jernigan for the Fees paid to Him see Exhibit. P.

plaintiff's has Lost property value at Approximately, Housewhole Items $6,650.00; U.S. Currency $1,838.00; 2-Vehicle $60,365.00 for a Total of $68,853.00.

PLAINTIFF Also seeks Punitive Damages in the Amount of $157,704.00 From EACH Defendants in Their Officials and personal Capacities

For A Total in All of Approximately $630,816.00 in Punitive plus $68,853.00 in Compensation which would come to $699,669.00.

And, All other Relief This Court Deems Just.

pro'se _Abe Jones Jr._
ABE JONES, Jr.

page: 4. N

REQUEST TO PROCEED *IN FORMA PAUPERIS* AND
DECLARATION IN SUPPORT THEREOF

I, __ABE JONES, Jr._____, am the plaintiff in the above entitled case and request leave to proceed without being required to prepay fees or costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1.    Are you presently employed? Yes_____  No___X___

    a.    If the answer is yes, state the amount of your salary per month and give the name and address of your employer. _____

    b.    If the answer is no, state the date of last employment and the amount of the salary per month which you received. __JULY 29, 2003 — NOV 3, 2003__ __ABOUT $1,200.00 A MONTH__

2.    Have you received within the past twelve months any money from any of the following sources?

    a.    Business, profession, or form of self-employment? Yes_____  No___X___

    b.    Rent payments, interest, or dividends? Yes_____  No___X___

    c.    Pensions, annuities, or life insurance payments? Yes_____  No___X___

    d.    Gifts or inheritances? Yes_____  No___X___

    e.    Any other sources? Yes_____  No___X___

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months. _____

3.    Do you own any cash or do you have money in a checking or savings account? Yes___X___ No_____ (Include any funds in prison accounts)

If the answer is yes, state the total value owned. __PRISON ACCOUNT $45.91__

5

4.     Do you own any real estate, stocks, bonds, notes automobiles, or other valuable property (excluding household furnishings and clothing)? Yes_____ No  X____

       If the answer is yes, describe the property and state its approximate value._____
       _____

5.     List the persons who are dependent upon you for support; state your relationship to those person; and indicate how much you contribute their support.  _____ *NONE*_____
       _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

                                        x *Abe Jones Jr.*_____
                                        Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____20_____ day of ___SEPTEMBER_____, 20_04_.

                                        x *Abe Jones Jr.*_____
                                        Signature of Plaintiff

6

-------- MUST BE COMPLETED BY PLAINTIFF --------

Authorization for Release of Institutional Account Information and
Payment of the Filing Fee

I, __Abe Jones Jr._____, __65170_____
    (Name of Plaintiff)            (MDOC Number)
authorize the Clerk of Court to obtain, from the agency having custody of my person, information
about my institutional account, including balances, deposits and withdrawals. The Clerk of Court
may obtain my account information from the past six months and in the future, until the filing fee
is paid. I also authorize the agency having custody of my person to withdraw funds from my account
and forward payments to the Clerk of Court, in accord with 28 U.S.C. Section 1915.

_____Abe Jones Jr._____
        (Signature of Plaintiff)

__8-17-04_____
(Date)

| IT IS PLAINTIFF'S RESPONSIBILITY TO HAVE THE APPROPRIATE PRISON OFFICIAL COMPLETE AND CERTIFY THE CERTIFICATE BELOW |
| --- |

CERTIFICATE TO BE COMPLETED BY AUTHORIZED OFFICER
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ __4591___
on account to his credit at the _____SMCI_____ institution where he is
confined. I further certify that the applicant likewise has the following securities to his credit
according to the records of said institution:

_____.

I further certify that during the last six (6) months the
plaintiff's average monthly **balance** was $ __183 61__.

I further certify that during the last six (6) months the
plaintiff's average monthly **deposit** was $ __65 92__.

__601-394-5600 ext /023__
TELEPHONE NUMBER OF
OFFICER FOR VERIFICATION

__8-23-04__
DATE

_____Tammy Robertson_____
AUTHORIZED OFFICER OF INSTITUTION
__Tammy Robertson_____
PRINT NAME OF AUTHORIZED OFFICER

**RETURN COMPLETED FORM TO:**
**U. S. DISTRICT COURT**
**245 E. CAPITOL ST., ROOM 316**
**JACKSON, MS 39201**

EXHIBIT A

61/566

IN THE COUNTY COURT FOR THE SECOND JUDICIAL DISTRICT
OF JONES COUNTY, MISSISSIPPI

ABE JONES, JR and ETTA JONES                              CLAIMANTS

VERSUS                                        CAUSE NO.  2002-211

JONES COUNTY SHERIFF'S DEPARTMENT and
THE SOUTHEAST MS DRUG TASK FORCE                          RESPONDENTS

## AGREED ORDER OF DISMISSAL

THIS DAY, this cause was brought before the Court by the Southeast Mississippi Drug

Task Force and Abe Jones, Jr. and  Etta Jones, by and through their attorney the Honorable Jay

Jernigan, who represented that a settlement concerning the items seized has been achieved.  Each

party desires the terms of settlement to be ratified by the Court and incorporated into an order in

this cause.  The Court, after consideration, finds the parties are fully advised in the premises and

that their settlement should be made an order of this cause.

1.      The following items shall be forfeited to the Southeast Mississippi Drug Task

Force, and they shall be adjudicated as the owners of those items to be used, or

disposed of according to law:

(1)     One 2001 Lincoln LLS vehicle, VIN #1LNHM87A51Y701314, titled in
        the name of Abe Jones, Jr., with a lien in favor of Miss. Title Loans;

(2)     One 2000 Pontiac Grand Am vehicle, VIN #1G2NF52TXYM853961,
        titled in the names of Abe Jones, Jr. and Etta Jones;

(3)     One Sanyo 19" television set, valued at approx. $75.00;

(4)     One Gateway Computer and accessories, valued at approx. #750.00;

(5)     One Epson Printer, valued at approximately $75.00;

(6)     One UMAX Scanner, valued at approximately $80.00;

FILED

JUN 2 1 2004

LARRY ISHEE
CIRCUIT CLERK
JONES COUNTY, MS

61/567

(7)     One Allegro Video Cassette Recorder, valued at approx. $50.00;

(8)     One GE D.V.D. Player, valued at approx. #175.00;

(9)     One Cannon Camcorder, valued at approx. $325.00;

(10)    One Mitsubitchi Camera, valued at approx. $500.00;

(11)    One Emerson CD and Cassette player, with speakers, valued at approx. $80.00;

(12)    One Phillips 60" television set, valued at approx. $3,500.00;

(13)    One Kenwood CD Changer with Surround Sound, valued at approx. $400.00;

(14)    One Kenwood dual cassette deck, valued at approx. $200.00;

(15)    One Kenwood CD Changer, valued at approx. $325.00;

(16)    One Orion VCR, valued at approx. $45.00;

(17)    One Emerson 12" television set, valued at approx. $70.00;

(18)    Two Phillips Dual cassette & CD player, valued at approx. $300.00 ($150.00 each);

2.     In consideration, the Southeast Mississippi Drug Task Force and the Jones County District Attorney's Office shall agree to Nolle Prosque the sale case against their son, Antwain Jones, in Cause #2003-171-KR2, and also because said case may be statutorily old, and because the informant may not be available to testify.

3.     The Southeast Mississippi Drug Task Force, its director, all employees, agents, attorneys, or assigns are hereby held harmless for any action concerning the seizure of the afore stated property and shall be indemnified from any liability there under.

4.     The settlement of this action is not an admission of criminal conduct on the part of Antwain Jones, Abe Jones, Jr. and Etta Jones.

61 | 568

5.     That each party is to bear its own respective costs for this action.

SO ORDERED AND ADJUDGED, this the ___2 1___ day of ___June___, 2004.

_____
COUNTY COURT JUDGE

AGREED:

_____
HONORABLE JAY JERNIGAN
Attorney for Claimants

_____
HONORABLE ANTHONY J. BUCKLEY
District Attorney

_____
ROGER WILLIAMS
Commander S.E.M.D.T.F.

*b* EXHIBIT — *B* -1

# SOUTHEAST MS DRUG TASK FORCE
## NOTICE OF SEIZURE

TO: _____ ABE Jones JR _____

(Name of person in possession at time of seizure)

This is to advise you that, pursuant to Section 41-29-153 of the Mississippi Code of 1972, as amended, the below listed items have been seized by the **Southeast Ms Drug Force.** It is anticipated that forfeiture proceedings will be filed against this property. Any questions regarding this seizure should be directed to the seizing agency.

Emerson CD'd Cassette  SN 804163791 N / 2 speakers

Phillips Magnavox SN 57405800  60" TV

Phillips 3CD + Cassette player w/ 2 spenkers
SN 60700055

Kennwood CD Changer with Surrond sound speakers

Emerson TV 2" SN 010-20714009

Kennwood Dable Cassette Dek 51105961

Kennwood CD Charger SN 60742793

1838 Dollars

ORiON VCR

_____ (Signature of seizing agent) _____        _____ (Date) _____

It has been explained to me that the property listed above has been seized as provided by law and will be held by the seizing agency pending forfeiture. **I (am) (am not)** the owner of this seized property.

_____ (Signature of person in possession at time of seizure) _____        _____ (Date) _____

*EXHIBIT— B-2*

## SOUTHEAST MS DRUG TASK FORCE
## NOTICE OF SEIZURE

TO: _ABE Jones SR_

(Name of person in possession at time of seizure)

This is to advise you that, pursuant to Section 41-29-153 of the Mississippi Code of 1972, as amended, the below listed items have been seized by the ~~Southeast Ms Drug Task Force~~. It is anticipated that forfeiture proceedings will be filed against this property. Any questions regarding this seizure should be directed to the seizing agency.

SAnyo TV - SN B9030236069 4 657

GAteway Monitor - SN DU15033AC9678

" Harddrive- SN 0023787828

UmAx AstrA ScAnner - SN HB10140406515

GAtewAy KeypAd SN 32910290

2-Cambrige SpeAkers SN SW0036138200660/

Epson FAx mAchine SN CMR1549170

Allegro ~~DVD plAyer~~ VCR SN 0870602118

GE DVDplAyer SN DE8530439

CAnnon CAmcorder SN SS290A

mitsubA CAmerA SN

_____     _____
(Signature of seizing agent)                    (Date)

It has been explained to me that the property listed above has been seized as provided by law and will be held by the seizing agency pending forfeiture. **I (am) (am not)** the owner of this seized property.

_____     _____
(Signature of person in possession at time of seizure)         (Date)

White- Case File                                          Yellow - Person in Possession

*EXHIBIT-C "*



**C. GRANT HEDGEPETH**

### District Attorney
### Eighteenth Circuit Court District

**DENNIS L. BISNETTE**
ASSISTANT DISTRICT ATTORNEY

**SHERRY L. LOWE**
ASSISTANT DISTRICT ATTORNEY

P. O. BOX 313
LAUREL, MS 39441
TELEPHONE (601) 649-4606
FAX (601) 428-3191

May 17, 2002

Mr. Larry Ishee
Circuit Clerk of Jones County
P. O. Box 1336
Laurel, MS 39441

RE:    Jones County Sheriff's Department and Southeast Miss.
Drug Task Force vs. Abe Jones, Jr. and Etta Jones

Dear Mr. Ishee:

Enclosed you will find the following:

1.    **PETITION FOR FORFEITURE OF ITEMS SEIZED**, filed
on behalf of Jones County Sheriff's Department and Southeast
Mississippi Drug Task Force, which I would appreciate your
filing and issuing process.

2.    **SUMMONS** to Abe Jones, Jr., and Etta Jones with attached Petition and
Interrogatories and Requests for Production of Documents;

3.    **SUMMONS** to Stacey Saulpaw, Manager of Miss. Title Loans;

4.    **CERTIFICATE OF SERVICE OF INTERROGATORIES
AND REQUEST FOR PRODUCTION OF DOCUMENTS**.

I would very much appreciate your filing these documents, issuing the Summons and
forwarding them to the Sheriff's Department for service on the Defendants.

If you have any questions, please do not hesitate to call me.

Sincerely,

*Sherry L. Lowe*
Sherry L. Lowe
Assistant District Attorney

Enclosures

**FILED**

MAY 1 7 2002

LARRY ISHEE
CIRCUIT CLERK
JONES COUNTY, MS

JONES COUNTY

*EXHIBIT—D*

COPY

## IN THE COUNTY COURT OF THE SECOND JUDICIAL DISTRICT
## JONES COUNTY, MISSISSIPPI

JONES COUNTY SHERIFF'S DEPARTMENT
AND SOUTHEAST MISS. DRUG TASK FORCE                    PLAINTIFF

vs.                                            CAUSE NO.2002-211

ABE JONES, JR. and
ETTA JONES                                          DEFENDANTS

## SUBPOENA DUCES TECUM

THE STATE OF MISSISSIPPI

TO:    CUSTODIAN OF RECORDS
       SILVER STAR HOTEL & CASINO
       Pearl River Resort
       Philadelphia, MS 39350

You are hereby commanded to be and appear in the County Courtroom of the County Court of the Second Judicial District of Jones County, in the **City of Laurel**, State of Mississippi on **August 12, 2002, at 9:00 A.M.**, of the said day, then and there to testify on behalf of the Plaintiffs what you may know in the above entitled matter, and TO HAVE WITH YOU THERE AND THEN the following:

1.    A detailed itemization of the gaming history of Abe Jones, Jr. (Social Security #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), for the years 1999, 2000, 2001, and 2002, with a breakdown of the following information:

      (A)    Dates of play and record of coins played
             And won or lost;
      (B)    For each date, the denomination of each slot
             Machine and the breakdown of the number of
             Coins played in each denomination;
      (C)    The number of player cards issued in the name
             Of Abe Jones, Jr.,
      (D)    Copies of all W-2G's given to Abe Jones, Jr.
             And/or Etta Jones (a/k/a Etta Blackwell),
             Social Security Number 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) for the
             years 1999, 2000, 2001 and 2002.



COPY

2.     An explanation of the manner in which the "coins in"
       And "coins out" listing are calculated.  Such as:

       (A)    Does the "coins in" designation include any
              credits won on that machine during play?

       (B)    Does the "coins out" designation include any
              Credits paid into the machine as well as actual
              Payouts?

       (C)    Does the "coins out" designation include any
              "Jackpot" winnings in which the player received
              a W-2G for such winnings (i.e., $1,600; $3,000;
              etc.)?

3.     A history of dates which Abe Jones, Jr. (Social Security
       #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) and/or Etta Jones OR Etta Blackwell (Social
       Security # 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), were registered guests at the Silver
       Star Hotel, indicating the following:

       (A)    The type of rooms rented to Mr. and Mrs. Jones;
       (B)    The dates of such registration;
       (C)    The rates charges, if any, and the manner of payment;
       (D)    If such rooms were "comped," the value of such rooms
              If the guests were required to pay, and the basis for
              Such "comp" (such as: number of dollars played, number
              Of dollars won, frequency of play; etc.)
       (E)    All additional charges made by Mr. and Mrs.
              Jones or guests in their registered rooms, including
              but not limited to room service charges, spa charges,
              golf charges, retail shop charges, or any type of
              charges made by Mr. and Mrs. Jones or their guests.

THIS the 24th day of July, 2002.

                              LARRY ISHEE, Circuit Clerk

                              By: Charlotte McDonald    Deputy

SHERRY L. LOWE, ADA
18th Circuit Court District Attorney's Office
P. O. Box 313
Laurel, MS 39441
601-649-4606

*EXHIBIT — E*

COPY

IN THE COUNTY COURT OF THE SECOND JUDICIAL DISTRICT
JONES COUNTY, MISSISSIPPI

JONES COUNTY SHERIFF'S DEPARTMENT
AND SOUTHEAST MISS. DRUG TASK FORCE                    PLAINTIFF

vs.                                                    CAUSE NO.2002-211

ABE JONES, JR. and
ETTA JONES                                             DEFENDANTS

## SUBPOENA  DUCES TECUM

THE STATE OF MISSISSIPPI

TO:    CUSTODIAN OF RECORDS
       KIM'S OF LAUREL
       1030 Highway 15 North
       Laurel, MS   39440

         You are hereby commanded to be and appear in the County Courtroom of the
County Court of the Second Judicial District of Jones County, in the **City of Laurel**, State
of Mississippi on **August 12, 2002, at 9:00 A.M.,** of the said day, then and there to
testify on behalf of the Plaintiffs what you may know in the above entitled matter, and TO
HAVE WITH YOU THERE AND THEN the following:

1.    A detailed itemization of purchases made by Abe
      Jones, Jr. (Social Security #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), and/or
      Etta Jones (a/k/a Etta Blackwell), Social Security
      #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), during the year 2001, including but
      not limited to:

      (A)    a 2000 Pontiac Grand Am automobile
             (VIN 1G2NF52E7YC528546);
      (B)    a 2000 Pontiac Grand Am Automobile
             (VIN 1G2NF52TXYM853961);

2.    Any other vehicle which may have been purchased
      by Abe Jones, Jr. and/or Etta Jones during years
      1999, 2000, and 2002.



**COPY**

(D)     Any other vehicles owned by Abe Jones,
        Jr. for which you issued an insurance policy
        Covering the vehicle, giving a description of
        The vehicle, the type of coverage provided,
        And amount of premiums for each year for
        the years 1999, 2000, 2001, and 2002.

2.      A detailed itemization of insurance covering a house
        located at 115 Andy Knight Road, Soso, MS (or
        15 Clarence Knight Road, Soso, MS), owned by
        Abe Jones, Jr. and Etta Jones, built in the year 2000,
        giving the amount of coverage on the structure, the
        amount of coverage on contents, if any, and the premium
        amounts and dates paid.

THIS the 24 day of July, 2002.

                            LARRY ISHEE, Circuit Clerk


                    By: _Charlotte McDonald_  Deputy


SHERRY L. LOWE, ADA
18th Circuit Court District Attorney's Office
P. O. Box 313
Laurel, MS 39441
601-649-4606

*EXHIBIT-E*

COPY

IN THE COUNTY COURT OF THE SECOND JUDICIAL DISTRICT
JONES COUNTY, MISSISSIPPI

JONES COUNTY SHERIFF'S DEPARTMENT
AND SOUTHEAST MISS. DRUG TASK FORCE                    PLAINTIFF

vs.                                                    CAUSE NO.2002-211

ABE JONES, JR. and
ETTA JONES                                             DEFENDANTS

## SUBPOENA  DUCES  TECUM

THE STATE OF MISSISSIPPI

TO:    JIM CLARK, Agent
       STATE FARM INS. COMPANY
       96 Hal Crocker Road
       Ellisville, MS  39437

        You are hereby commanded to be and appear in the County Courtroom of the
County Court of the Second Judicial District of Jones County, in the **City of Laurel**, State
of Mississippi on **August 12, 2002, at 9:00 A.M.**, of the said day, then and there to
testify on behalf of the Plaintiffs what you may know in the above entitled matter, and TO
HAVE WITH YOU THERE AND THEN the following:

1.      A detailed itemization of insurance policies insuring Abe
        Jones, Jr. (Social Security #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), and/or
        Etta Jones (a/k/a Etta Blackwell), Social Security
        #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), during the years 1999, 2000, 2001,
        and 2002, including but not limited to:

        (A)    a 2000 Pontiac Grand Am automobile
               (VIN 1G2NF52E7YC528546);
               (Purchased 6/2001);
        (B)    a 2000 Pontiac Grand Am Automobile
               (VIN 1G2NF52TXYM853961);
               (Purchased 6/2001);
        (C)    a 2001 Lincoln LLS automobile
               (VIN 1LNHM87A51Y701314).
               (Purchased 6/2001).



COPY

3.    Copies of all documents showing the amounts paid
       for any automobiles purchased, the type of payment
       made (cash, check, charge, etc.); and all pertinent
       documents given to Abe Jones, Jr. and/or Etta Jones
       with regard to such vehicles.

THIS the 24 day of July, 2002.

                                LARRY ISHEE, Circuit Clerk


                           By: Charlotte McDonald    Deputy


SHERRY L. LOWE, ADA
18th Circuit Court District Attorney's Office
P. O. Box 313
Laurel, MS 39441
601-649-4606

EXHIBIT - G-1

## MS Mississippi
## Resident Individual Income Tax Return
## 1999

Page 1 of 2    Form 80 104-90-b-1-100 (Rev. 7/99)

For Official Use Only    IS B

| 34 | 4 | 0 |

| N | 34 | 0 | 90350 | 0 | 0 | 0 |
| N | 4 | 9500 | 90350 | 0 | 0 | 4518 |
| N | 1 | 9500 | 9500 | 0 | 4518 | 0 |
| N | 0 | 0 | 0 | 0 | 4518 | 0 |
| | 1 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 90350 | 0 | 4518 | 0 | 0 |
| | | 0 | 0 | | | 5873456130 |

1999

▶ JONES JR          ABE

FILE

▶ P O BOX 231

▶ SOSO          MS    39480

For Computer Use Only -- Do Not Write Above This Line

1. ☐ Married -- Combined or Joint Return -- Enter $11,000 on Line 13.
2. ☐ Married -- Spouse Died in 1999 -- Enter $11,000 on Line 13.
3. ☐ Married -- Filing Separate Returns -- Enter $11,000 on Line 13.
   Spouse's Name                A SSN
4. ☒ Head of Family -- Enter $9,500 on Line 13.   Previous Name, SSN, and Relationship of the Dependent Living in the Home with You on Line 6.
5. ☐ Single -- Enter $6,000 on Line 13.
6. Dependents (Do NOT Claim Yourself or Your Spouse)

| (a) Name | (b) Dependent's SSN | (c) Relationship |
| KNIOK L KNIGHT | 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 | FOSTERCHILD |

Your SSN    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
Spouse SSN
Your Occupation    UNEMPLOYED
Spouse's Occupation

| | | |
| 8. Number of Dependents Listed on Line 6. | 8. | 1 |
| 9. Number of Boxes Marked "X" on Line 7 | 9. | 0 |
| 10. If You Checked Line 4, Enter a "1" Here | 10. | 1 |
| 11. Total of Line 8 plus Line 9 minus Line 10 | 11. | 0 |
| 12. Line 11 x $1,500 = | 12. | 0 |
| 13. Enter Amount from Lines 1 - 5. | 13. | 9500 |
| 14. Total (Line 12 plus 13). | 14. | 9500 |
| 15. If Married -- Filing Separate Returns, Enter 1/2 of Line 14. | 15. | |

7. Mark "X" if ☐ Taxpayer Age 65 or Over  ☐ Taxpayer Blind  ☐ Spouse Age 65 or Over  ☐ Spouse Blind

| | | Column A (Taxpayer) | | Column B (Spouse) |
| 16. Wages, salaries, tips, etc. (Attach W-2s.) | | 0 | 16. | 0 |
| 17. Other Income (Amount from Line 48, Page 2 of this Form.) | | 90350 | 17. | 0 |
| 18. Adjustments to Gross Income (Amount from Line 57, Page 2 of this Form.) | | 0 | 18. | 0 |
| 19. Mississippi Adjusted Gross Income (Line 16 plus Line 17 minus Line 18). If Less Than 0, Enter 0. | ▶ (P) | 90350 | 19. ▶ (B) | 0 |
| 20. Standard or Itemized Deductions (If Itemized, see Sch. A Form 80-135.) | ▶ (F) | 90350 | 20. ▶ (H) | 0 |
| 21. Amount of Exemption (Line 14 or Line 15 if Married Filing Separately.) | | 9500 | 21. | 0 |
| 22. Mississippi Taxable Income (Line 19 Less Lines 20 and 21.) See Instructions. If Less Than 0, Enter 0. | | 0 | 22. | 0 |
| 23. Total Income Tax Due (From Page 9 of Instructions, Schedule of Tax Computation, Line 9.) | | | 23. | 0 |
| 24. Mississippi Income Tax Withheld (Attach W-2s or W-2Gs.) | | | 24. ▶ (W) | 4518 |
| 25. 1999 Estimated Tax Payments and/or Amount Paid with Extension | | | 25. ▶ (E) | 0 |
| 26. Credit for Income Tax Paid to Another State (Attach Copy of Other State Return & Form 80-160.) | | | 26. ▶ (S) | 0 |
| 27. Other Credit (See Instructions for Line 27.) | | | 27. ▶ (O) | 0 |
| 28. Total Credits (Add Lines 24 through 27.) | | | 28. | 4518 |
| 29. If Line 28 is Larger than Line 23, Enter the Amount of Overpayment. | OVERPAYMENT | 29. ▶ (C) | | 4518 |
| 30. Amount of Overpayment to be Applied to Your 2000 Estimated Tax Account. | | | 30. ▶ (L) | 0 |
| 31. I Wish to Contribute | Mississippi Wildlife Heritage Fund | 31. ▶ (L) | | 0 |
| 32. ( )$1,( )$5, ( )$10, or ( ) Other  $_____ | Mississippi Educational Trust Fund | 32. ▶ (M) | | 0 |
| 33. of my Overpayment on Line 29 to: | MS Commission for Volunteer Service Fund | 33. ▶ (K) | | 0 |
| 34. Amount of Overpayment to be Refunded to You (Subtract Lines 30, 31, 32, and 33 from Line 29.) | REFUND | 34. ▶ (R) | | 4518 |
| 35. If Line 23 is Larger Than Line 28, Enter Balance Due. | BALANCE DUE | 35. | | 0 |
| 36. Interest on Underpayment of Estimated Tax Payments (Attach Form 80-320.) | | | 36. ▶ (I) | 0 |
| 37. Interest and Penalty (See Instructions.) | | | 37. ▶ (T) | 0 |
| 38. TOTAL DUE (Add Lines 35, 36, and 37.) Attach Check or Money Order for Total Due payable to: State Tax Commission    >ENCLOSE PAYMENT VOUCHER< | TOTAL DUE | 38. ▶ (V) | | 0 |

PLEASE SIGN THIS TAX RETURN IN THE SIGNATURE AREA PROVIDED ON THE BOTTOM OF PAGE 2

M81    NTF 81874B    Copyright 1999 Greatland/Nelco LP - Forms Software Only

147

EX-G-2

## Mississippi
### MS Schedule A -- Itemized Deductions
### Schedule B -- Interest & Dividends and Schedule N -- Other Income
### 1999
Form 80-108-99-5-1-100 Rev. (4/99)

Name JONES JR, ABE    Social Security Number 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    Page 1

| | | | | | |
|---|---|---|---|---|---|
| 0 | 0 | 90350 | 0 | 0 | 0 |
| 6776 | 0 | 94868 | 0 | 0 | 90350 |
| 0 | 0 | 4518 | 0 | 0 | 5873456130 |
| 4518 | 1807 | 90350 | 0 | 90350 | |
| 0 | 0 | | | | |

For Computer Use Only -- Do Not Write Above This Line

FILE

**SCHEDULE A -- Itemized Deductions** (From Federal Form 1040 Schedule A, enter the amount from the line indicated)

If the amount of AGI on Form 1040, is more than $126,600 (more than $63,300 if married filing separately), you **CANNOT** use this Schedule A. You must use Federal Schedule A and complete the worksheet provided in the instructions on Page 15. In the event you filed using the standard deduction on your Federal Return and wish to itemize for Mississippi purposes, please use Federal Form 1040 Schedule A as a worksheet and transfer the information from the specific lines indicated to the Schedule A.

1. a. Medical and Dental Expenses (Form 1040 Schedule A)   1. | 0
   b. AGI from Federal Form 1040: $ 90350  X 7.5% (.075)   | 6776
   c. Medical & Dental Expense Deduction (Subtract line 1b from line 1a.)   | 0
2. Total Taxes Paid (Form 1040 Schedule A)   2. | 4518
3. Total Interest Paid (Form 1040 Schedule A)   3. | 0
4. Charitable Contributions (Form 1040 Schedule A)   4. | 0
5. Total Casualty or Theft Loss(es) (Form 1040 Schedule A)   5. | 0
6. a. Employee Expenses & Misc. Deductions Subject to 2% Limitation (Form 1040 Schedule A)   6. | 0
   b. AGI from Federal Form 1040: $ 90350  X 2% (.02)   | 1807
   c. Subtract line 6b from line 6a   | 0
7. Miscellaneous Deductions (including gambling losses) not subject to Federal 2% AGI Limit (Form 1040 Schedule A)   7. | 90350
8. Total Itemized Deductions (Add Lines 1c, 2, 3, 4, 5, 6c, and 7.)   8. | 94868
9. Total Amount of State Income Tax Included in Line 2 Above (From Form 1040 Schedule A)   9. | 4518
10. Mississippi Itemized Deductions -- Subtract Line 9 from Line 8. Enter the amount here and on Form 80-105, Page 1, Line 20 or Form 80-205, Page 1, Line 17a.   10. | 90350
11. Mississippi Itemized Deductions (Allowance for Limitation due to AGI over $126,600) Enter the amount here and on 80-105, Page 1, Line 20 or Form 80-205, Page 1, Line 17a.   11. |

**SCHEDULE B -- Interest and Dividend Income** (From Federal Form 1040 Schedule B, enter the amount from the line indicated)

Capital gain distributions received should be reported on Federal SCHEDULE D. Enter the total gains or losses from Schedule D on Form 80-105, Page 2, Line 43 or Form 80-205, Page 2, Line 40. Total interest and dividend amounts on Lines 4 & 5 below, from jointly owned accounts, may be split between taxpayer and spouse before the amounts are transferred to Form 80-105, Page 2, Lines 39 and 40, respectively.

| | | Interest | Dividends |
|---|---|---|---|
| 1. Interest Income (Form 1040 Schedule B) | 1. | 0 | |
| 2. Interest from obligations of the U. S. Government included in Line 1 above. | 2. | 0 | |
| 3. Interest on obligations of other countries, states, cities, or political subdivisions **OUTSIDE** Mississippi | 3. | 0 | |
| 4. Total Interest (Line 1 minus Line 2, plus Line 3) Enter here & on Form 80-105, Page 2, Line 39 or Form 80-205, Page 2, Line 39. | 4. | 0 | |
| 5. Total Ordinary Dividends. (Form 1040 Schedule B) | 5. | | 0 |
| 6. Amount of Nontaxable Distributions Reported in Line 5. | 6. | | 0 |
| 7. Ordinary Dividends for Mississippi. (Line 5 minus Line 6) Enter here and on Resident Forms 80-105, Page 2, Line 40 or Non-resident form 80-205, Page 2, Line 37. | 7. | | 0 |

**SCHEDULE N -- Other Income or Losses and Supplemental Income**

1. Gambling winnings. (Attach W-2Gs. List all gambling losses on Schedule A, Line 7, above)   1. | 90350

2. Other income loss. List type _____   2. | 0

3. Total other income or loss -- Combine lines 1 and 2. Enter amount here and on Form 80-105, Page 2, Line 47 or Form 80-205, Page 2, Line 44.   3. | 90350

EX-G-3

STATEMENT "1"  FOR FORM 1040: PAGE 1

PAGE 1 OF 1
NAME: ABE JONES JR                                    SSN: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

21. OTHER INCOME:
       SLOTS                          (T)                5400.
       SLOTS                          (T)               13200.
       SLOTS                          (T)                6800.
       SLOTS                          (T)                8800.
       SLOTS                          (T)                4800.
       SLOTS                          (T)                4750.
       SLOTS                          (T)                7800.
       SLOTS                          (T)               20400.
       SLOTS                          (T)                6400.
       SLOTS                          (T)               12000.
       TOTAL                                            90350.

EXHIBIT - H-1

JUL-11-02 04:00 PM   GALE YORK                           601 582 4924

601 582 4924

| | | | | | | |
|---|---|---|---|---|---|---|
| N | 34 | 1500 | 103900 | 0 | 0 | 0 |
| N | 4 | 8000 | 103900 | 0 | 0 | 5196 |
| N | 1 | 9500 | 9500 | 0 | 5196 | 0 |
| N | 0 | 0 | 0 | 0 | 5196 | 0 |
| | 1 | 0 | 0 | 5196 | 0 | 0 |
| | | 103900 | 0 | 0 | 0 | 5873456130 |
| | | 0 | 0 | 0 | | 0 |

**MS**
**Mississippi**
**Resident Individual Income Tax Return**
**2000**

Page 1 of 2        Form 80-105-00-5-1-100 (Rev. 5/00)

For Official Use Only   IS B

► JONES JR          ABE

FILE

► P O BOX 231

► SOSO            MS   39480

For Computer Use Only -- Do Not Write Above This Line

1. ☐ Married -- Combined or Joint Return -- Enter $12,000 on Line 12.
2. ☐ Married -- Spouse Died in 2000 -- Enter $12,000 on Line 12.
3. ☐ Married -- Filing Separate Returns -- Enter $12,000 on Line 12.
   Spouse's Name _____ & SSN _____
4. ☒ Head of Family -- Enter $8000 on Line 12.  **Provide Name, SSN, and Relationship of the Dependent Living in the Home with You on Line 6.**
5. ☐ Single -- Enter $6,000 on Line 12
6. Dependents (Do NOT Claim Yourself or Your Spouse)

| (a) Name | (b) Dependent's SSN | (c) Relationship |
|---|---|---|
| ANTWAN J JONES | 425 49 0552 | SON |

7. Mark "X" if ☐ Taxpayer Age 65 or Over  ☐ Taxpayer Blind  ☐ Spouse Age 65 or Over  ☐ Spouse Blind

County Code: 34
Your SSN: 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
Spouse SSN:
Your Occupation: UNEMPLOYED
Spouse's Occupation:

| | | |
|---|---|---|
| 8. Number of Dependents Listed on Line 6 | 8. | 1 |
| 9. Number of Boxes Marked "X" on Line 7 | 9. | 0 |
| 10. Total of Line 8 plus Line 9 | 10. | 1 |
| 11. Line 10 x $1,500 = | 11. | 1,500 |
| 12. Enter Amount from Lines 1-5 | 12. | 8,000 |
| 13. Total Line 11 plus 12 | 13. | 9,500 |
| 14. If Married-Filing Separate Returns, Enter 1/2 of Line 13. | 14. | 0 |

| | Column A (Taxpayer) | Column B (Spouse) |
|---|---|---|
| 15. Wages, salaries, tips, etc. (Attach W-2s.) | 0 | 0 |
| 16. Other Income (Amount from Line 45, Page 2 of this Form.) | 103,900 | 0 |
| 17. Adjustments to Gross Income (Amount from Line 54, Page 2 of this Form.) | 0 | 0 |
| 18. Mississippi Adjusted Gross Income (Line 15 plus Line 16 minus Line 17.) ► (P) | 103,900 | ► (B) 0 |
| 19. Standard or Itemized Deductions ( If itemized, see Schedule A, Form 80-135 ) ► (F) | 103,900 | ► (H) 0 |
| 20. Amount of Exemption (Line 13 or Line 14 if Married Filing Separately.) | 9,500 | 0 |
| 21. Mississippi Taxable Income (Line 18 Less Lines 19 and 20.) See Instructions. If less than 0, enter 0. | 0 | 0 |
| 22. Total Income Tax Due (From Schedule of Tax Computation, Page 2 of this form) | | 0 |
| 23. Mississippi Income Tax Withheld (Attach W-2s or W-2Gs.) | ► (W) | 5,196 |
| 24. 2000 Estimated Tax Payments and/or Amount Paid with Extension | ► (E) | 0 |
| 25. Credit for Income Tax Paid to Another State (Attach Copy of Return filed with other States.) | ► (S) | 0 |
| 26. Other Credit (From Form 80-135, Page 2, Part 1, Line H.) | ► (O) | 0 |
| 27. Total Credits (Add Lines 23 through 26.) | | 5,196 |
| 28. If Line 27 is Larger than Line 22, Enter the Amount of Overpayment.    OVERPAYMENT | | 5,196 |
| 29. Amount of Overpayment to be Applied to Your 2001 Estimated Tax Account. | ► (C) | 0 |
| 30. Voluntary Contribution Check-offs (From Form 80-135, Page 2, Part 2) ► (L) 0 ► (M) 0 ► (K) 0 ► (Z) 0 | | 0 |
| 31. Amount of Overpayment to be Refunded to You (Subtract Lines 29 and 30 from Line 28.)    REFUND | ► (R) | 5,196 |
| 32. If Line 22 is Larger Than Line 27, Enter Balance Due.    BALANCE DUE | | 0 |
| 33. Interest on Underpayment of Estimated Tax Payments (Attach Form 80-320.) | ► (I) | 0 |
| 34. Interest and Penalty (See Instructions) | ► (T) | 0 |
| 35. TOTAL DUE (Add Lines 32, 33, & 34 .) Attach Check or Money Order for Total Due payable to: State Tax Commission    ►ENCLOSE PAYMENT VOUCHER<    TOTAL DUE | ► (V) | 0 |

Copyright 2000 Greatland/Nelco LP - Forms Software Only

$EX-H-2$

JUL-11-02 03:58 PM   GALE YORK                        601 582 2924

P2001.340.B
I2001.01.09

JONES JR        EGB13901.ETR 342        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

**Form 1040 (2000)**

Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | | 34 | 108418. |
| | 35a | Check if: ☐ You were 65/older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | 0 | | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ▶ 35b ☐ | | | |
| **Standard Deduction for Most People** | 36 | Enter your **itemized deductions** from Schedule A, line 28, **or standard deduction** shown on the left. But see instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | | 36 | 109096. |
| **Single:** $4,400 | 37 | Subtract line 36 from line 34 | | 37 | -678. |
| **Head of household:** $6,450 | 38 | If line 34 is $96,700 or less, multiply $2,800 by the total number of exemptions claimed on line 6d. If line 34 is over $96,700, see the worksheet in the instructions for the amount to enter | | 38 | 5600. |
| **Married filing jointly or Qualifying widow(er):** $7,350 | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | | 39 | 0. |
| | 40 | **Tax** (see instr.). Check if any tax is from **a** ☐ Form(s) 8814 **b** ☐ Form 4972 | | 40 | 0. |
| | 41 | Alternative minimum tax. Attach Form 6251 | | 41 | 0. |
| **Married filing separately:** $3,675 | 42 | Add lines 40 and 41 ▶ | | 42 | 0. |
| | 43 | Foreign tax credit. Attach Form 1116 if required | 43 | 0. | |
| | 44 | Credit for child & dependent care expenses. Attach Form 2441 | 44 | 0. | |
| | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | 0. | |
| | 46 | Education credits. Attach Form 8863 | 46 | 0. | |
| | 47 | Child tax credit (see instructions) | 47 | 0. | |
| | 48 | Adoption credit. Attach Form 8839 | 48 | 0. | |
| | 49 | Other. Check if from **a** ☐ Form 3800 **b** ☐ Form 8396 **c** ☐ Form 8801 **d** ☐ Form | 49 | 0. | |
| | 50 | Add lines 43 through 49. These are your **total credits** | | 50 | 0. |
| | 51 | Subtract line 50 from line 42. If line 50 is more than line 42, enter -0- ▶ | | 51 | 0. |
| **Other Taxes** | 52 | Self-employment tax. Attach Schedule SE | | 52 | 0. |
| | 53 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 53 | 0. |
| | 54 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | | 54 | 0. |
| | 55 | Advance earned income credit payments from Form(s) W-2 | | 55 | 0. |
| | 56 | Household employment taxes. Attach Schedule H | | 56 | 0. |
| | 57 | Add lines 51 through 56. This is your **total tax** ▶ | | 57 | 0. |
| **Payments** | 58 | Federal income tax withheld from Forms W-2 and 1099 | 58 | 0. | |
| **If you have a qualifying child, attach Schedule EIC.** | 59 | 2000 estimated tax payments & amt. applied from 1999 return | 59 | 0. | |
| | 60a | **Earned income credit (EIC)** | 60a | 0. | |
| | b | Nontaxable earned income: amt. ▶ NO & type ▶ | | | |
| © 184012 | 61 | Excess social security and RRTA tax withheld (see instructions) | 61 | 0. | |
| NTF 91766 Copyright 2000 Greatland/Nelco (P - Forms Software Only) | 62 | Additional child tax credit. Attach Form 8812 | 62 | 0. | |
| | 63 | Amount paid with request for extension to file (see instructions) | 63 | 0. | |
| | 64 | Other payments. Check if from **a** ☐ Form 2439 **b** ☐ Form 4136 | 64 | 0. | |
| | 65 | Add lines 58, 59, 60a, and 61 through 64. These are your **total payments** ▶ | | 65 | 0. |
| **Refund** | 66 | If line 65 is more than line 57, subtract line 57 from line 65. This is the amount you **overpaid** | | 66 | 0. |
| **Have it directly deposited! See inst. and fill in 67b, 67c, and 67d.** | 67a | Amount of line 66 you want **refunded to you** ▶ | | 67a | 0. |
| | ▶ b | Routing no. ▶ c Type: ☐ Checking ☐ Savings | | | |
| | ▶ d | Account no. | | | |
| | 67 | Amt. of line 66 you want **applied to your 2001 estimated tax** ▶ | 68 | 0. | |
| **Amount You Owe** | 69 | If line 57 is more than line 65, subtract line 65 from line 57. This is the **amount you owe**. For details on how to pay, see instructions ▶ | | 69 | 0. |
| | 70 | Estimated tax penalty. Also include on line 69 | 70 | 0. | |

**Sign Here**
Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation UNEMPLOYED | Daytime phone number

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | May IRS discuss this return with preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's**
Preparer's signature ▶ | Date | Check if self-employed ☐ | Preparer's SSN or PTIN

EXHIBIT-I-1

C EF



## Mississippi
### Resident Individual Income Tax Return
**2001**

For Official Use Only

**ISB**

801050151106  Page 1 of 2  Form 80-105-01-5-1-106 (Rev. 5/01)  | 34 | 1 | 1 |

| N | 34 | 1500 | 0 | 0 | 0 | 0 |
| N | 1 | 12000 | 152975 | 152974 | 0 | 0 |
| N | 1 | 13500 | 6750 | 6750 | 15299 | 15299 |
| N | 0 | 0 | 0 | 0 | 15299 | 0 |
|  | 1 | 0 | 0 | 0 | 0 | 0 |
|  |  | 0 | 0 | 15299 | 0 | 0 |
|  |  | 0 | 0 | 0 | 0 | 5873456130 |

5874545865
2001

▶ JONES JR JONES        ABE        ETTA M

▶ P O BOX 231

▶ SOSO        MS  39480

FILE

For Computer Use Only - Do Not Write Above This Line

1. X Married - Combined or Joint Return - Enter $12,000 on Line 12.
2. Married - Spouse Died in 2001 - Enter $12,000 on Line 12.
3. Married - Filing Separate Returns - Enter $12,000 on Line 12.
   Spouse's name                    & SSN
4. Head of Family - Enter $8,000 on Line 12. Provide Name, SSN, and
   Relationship of the Dependent Living in the Home with You on Line 6.
5. Single - Enter $6,000 on Line 12.
6. Dependents (Do NOT Claim Yourself or Your Spouse)

| (a) Name | (b) Dependent's SSN | (c) Relationship |
|---|---|---|
| ANTWAN J JONES | 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 | SON |

County Code  34
Your SSN  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
Spouse SSN  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
Your Occupation  UNEMPLOYED
Spouse's Occupation  HOUSEWIFE

8. Number of Dependents Listed on Line 6  8.  1
9. Number of Boxes Marked "X" on Line 7  9.
10. Total of Line 8 plus Line 9.  10.  1
11. Line 10 x $1,500 =  11.  1,500
12. Enter Amount from Lines 1 - 5.  12.  12000
13. Total (Line 11 plus 12).  13.  13500

14. If Married-Filing Separate Returns, Enter 1/2 of Line 13.  14.

| 7. Mark "X" if | Taxpayer Age 65 or Over | Taxpayer Blind | Spouse Age 65 or Over | Spouse Blind | Column A (Taxpayer) | Column B (Spouse) |
|---|---|---|---|---|---|---|

15. Wages, salaries, tips, etc. (Attach W-2s.)  15.
16. Other Income (Amount from Line 45, Page 2 of this Form.)  16.
17. Adjustments to Gross Income (Amount from Line 54, Page 2 of this Form.)  17.

18. Mississippi Adjusted Gross Income (Ln 15 plus Line 16 minus ln 17). ▶(P)  18. ▶(B)  0 | 0
19. Standard or Itemized Deductions (If Itemized, see Sch A, Form 80-135.) ▶(F)  152,975  19. ▶(H)  152,974
20. Amount of Exemption (Line 13 or Line 14 if Married Filing Separately.)  6,750  20.  6,750
21. Mississippi Taxable Income (Line 18 Less Lines 19 and 20).
    See Instructions. If less than 0, enter 0.  0  21.  0
22. Total Income Tax Due (From Schedule of Tax Computation, Page 2 of this form)  22.
23. Mississippi Income Tax Withheld (Attach W-2s or W-2Gs.)  23. ▶(W)  15,299
24. 2001 Estimated Tax Payments and/or Amount Paid with Extension  24. ▶(E)
25. Credit for Income Tax Paid to Another State (Attach Copy of Return filed with other States.)  25. ▶(S)
26. Other Credit (From Form 80-135, Page 2, Part 1, Line H.)  26. ▶(O)
27. Total Credits (Add Lines 23 through 26.)  27.  15,299
28. If Line 27 is Larger than Line 22, Enter the Amount of Overpayment.  OVERPAYMENT  28.  15,299
29. Amount of Overpayment to be Applied to Your 2002 Estimated Tax Account.  29. ▶(C)
    Voluntary Contribution Check-offs (From Form 80-135, Page 2, Part 2
30. ▶(L)    ▶(M)    ▶(K)    ▶(Z)  30.
31. Amount of Overpayment to be Refunded to You (Subtract Lines 29 and 30 from Line 28.)  REFUND  31. ▶(R)  15,299
32. If Line 22 is Larger Than Line 27, Enter Balance Due.  BALANCE DUE  32.
33. Interest on Underpayment of Estimated Tax Payments (Attach Form 80-320.)  33. ▶(I)
34. Interest and Penalty (See Instructions)