EX-J-2

C EF

MS

## Mississippi
### Schedule A - Itemized Deductions
### Schedule B - Interest & Dividends and Schedule N - Other Income
### 2001

Form 80-135-01-5-1-106 Rev. (6/01)

Name JONES JR ABE ETTA

Social Security Number 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

Page 1

```
    0         0         0         0         0         0
    0         0      15299        0         0         0
    0       150      15299        0         0         0
  15299    6223         0         0         0      5873456130
    0         0      305949
```

For Computer Use Only-Do Not Write Above This Line

---

**SCHEDULE A - Itemized Deductions** - (From Federal Form 1040 Schedule A, enter the amount from the line indicated)

If the amount of AGI on Form 1040, is more than $132,950 (more than $66,475 if married filing separately), you **CANNOT** use this Schedule A. You must use Federal Schedule A and complete the worksheet provided in the instructions. In the event you filed using the standard deduction on your Federal Return and wish to itemize for Mississippi purposes, please use Federal Form 1040 Schedule A as a worksheet and transfer the information from the specific lines indicated to this Schedule A.

1. a. Medical and Dental Expenses (Form 1040 Schedule A)  
   b. AGI from Federal Form 1040: $ _____ X 7.5% (.075)  
   c. Medical & Dental Expense Deduction (Subtract line 1b from line 1a.) — 1.
2. Total Taxes Paid (Form 1040 Schedule A) — 2.
3. Total Interest Paid (Form 1040, Schedule A) — 3.
4. Charitable Contributions (Form 1040 Schedule A) — 4.
5. Total Casualty or Theft Loss(es) (Form 1040 Schedule A) — 5.
6. a. Employee Expenses & Misc. Deductions Subject to 2% Limitation (Form 1040 Schedule A) — 6.
   b. AGI from Federal Form 1040: $ _____ X 2% (.02)  
   c. Subtract line 6b from line 6a.
7. Miscellaneous Deductions (including gambling losses) not subject to Federal 2% AGI Limit (Form 1040 Schedule A) — 7.
8. Total Itemized Deductions (Add Lines 1c, 2, 3, 4, 5, 6c, and 7.) — 8.
9. Total Amount of State Income Tax Included in Line 2 Above (From Form 1040 Schedule A) — 9.
10. Mississippi Itemized Deductions - Subtract Line 9 from Line 8. Enter the amount here and on Form 80-105, Page 1, Line 19 or Form 80-205, Page 1, Line 16a. — 10.
11. Mississippi Itemized Deductions (Allowance for Limitation due to AGI over $132,950, $66,475 if married filing separately) Enter the amount here and on Form 80-105, Page 1, Line 19 or Form 80-205, Page 1, Line 16a. — 11.  305,949

---

**SCHEDULE B - Interest and Dividend Income** (From Federal Form 1040 Schedule B, enter the amount from the line indicated)

If you received capital gain distributions but do not need SCHEDULE D to report any other gains or losses, then enter the gain on Form 80-105, Page 2, Line 40 or Form 80-205, Page 2, Line 39. Total interest and dividend amounts on Lines 4 & 5 below, from jointly owned accounts, may be split between taxpayer and spouse before the amounts are transferred to Form 80-105, Page 2, Lines 36 and 37, respectively.

|   | Interest | Dividends |
|---|---|---|
| 1. Interest Income (Form 1040 Schedule B) | 1. | |
| 2. Interest from obligations of the U. S. Government included in Line 1 above. | 2. | |
| 3. Interest on obligations of other countries, states, cities, or political subdivisions OUTSIDE Mississippi | 3. | |
| 4. Total Interest (Line 1 minus Line 2, plus Line 3). Enter here & on Form 80-105, Page 2, Line 36 or Form 80-205, Page 2, Line 35. | 4. | |
| 5. Total Ordinary Dividends. (Form 1040 Schedule B) | | 5. |
| 6. Amount of Nontaxable Distributions Reported in Line 5. | | 6. |
| 7. Ordinary Dividends for Mississippi. (Line 5 minus Line 6) Enter here and on Resident Form 80-105, Page 2, Line 37 or Non-Resident Form 80-205, Page 2, Line 36. | | 7. |

---

**SCHEDULE N - Other Income or Losses and Supplemental Income**

1. Gambling winnings. (Attach all W-2Gs. List gambling losses on Schedule A, line 7, above.) — 1.
2. Total Income or Loss from Form 80-108, Supporting Schedule, Page 2. — 2.
3. Other income or loss. List type: _____

**Tax and Credits**

Standard Deduction for—
- People who checked any box on line 35a or 35b or who can be claimed as a dependent, see instr.
- All others:
  Single, $4,550
  Head of household, $6,650
  Married filing jointly or Qualifying widow(er), $7,600
  Married filing separately, $3,800

| Line | Description | Amount |
|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 311,146 |
| 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ► 35a | |
| 35b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ► 35b ☐ | |
| 36 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 315,903 |
| 37 | Subtract line 36 from line 34 | -4,757 |
| 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet in the instructions | 870 |
| 39 | Taxable income. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | NONE |
| 40 | Tax (see instructions). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | NONE |
| 41 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 42 | Add lines 40 and 41 ► | |
| 43 | Foreign tax credit. Attach Form 1116 if required | |
| 44 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 45 | Credit for the elderly or the disabled. Attach Schedule R | |
| 46 | Education credits. Attach Form 8863 | |
| 47 | Rate reduction credit. See the worksheet in the instructions | |
| 48 | Child tax credit (see instructions) | |
| 49 | Adoption credit. Attach Form 8839 | |
| 50 | Other credits from: a ☐ Form 3800  b ☐ Form 8396  c ☐ Form 8801  d ☐ Form (specify) _____ | |
| 51 | Add lines 43 through 50. These are your total credits | |
| 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ► | NONE |

**Other Taxes**

| 53 | Self-employment tax. Attach Schedule SE | |
| 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if req | |
| 56 | Advance earned income credit payments from Form(s) W-2 | |
| 57 | Household employment taxes. Attach Schedule H | |
| 58 | Add lines 52 through 57. This is your total tax ► | NONE |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| 59 | Federal income tax withheld from Forms W-2 and 1099 | |
| 60 | 2001 estimated tax payments and amount applied from 2000 return | |
| 61a | Earned income credit (EIC) | |
| b | Nontaxable earned income ____ 61b ____ | |
| 62 | Excess social security and RRTA tax withheld (see instructions) | |
| 63 | Additional child tax credit. Attach Form 8812 | |
| 64 | Amount paid with request for extension to file (see instructions) | |
| 65 | Other payments. Check if from  a ☐ Form 2439  b ☐ Form 4136 | |
| 66 | Add lines 59, 60, 61a, and 62 through 65. These are your total payments ► | NONE |

**Refund**

Direct deposit? See Instructions and fill in 68b, 68c, and 68d.

| 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you overpaid ► | |
| 68a | Amount of line 67 you want refunded to you ► | |
| b | Routing number _____ ► c Type: ☐ Checking  ☐ Savings | |
| d | Account number _____ | |
| 69 | Amount of line 67 you want applied to your 2002 estimated tax ► | |

**Amount You Owe**

| 70 | Amount you owe. Subtract line 66 from line 58. For details on how to pay, see instructions ► | NONE |
| 71 | Estimated tax penalty. Also include on line 70 | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instr)? ☐ Yes. Complete the following. ☒ No

Designee's name ► 	Phone no. ► 	Personal identification number (PIN) ►

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature 	Date 	Your occupation UNEMPLOYED 	Daytime phone number

Spouse's signature. If a joint return, both must sign. 	Date 	Spouse's occupation HOUSEWIFE

**Paid Preparer's Use Only**

Preparer's signature ► 	Date 	Check if self-employed ☐ 	Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ► Jackson Hewitt Tax Service  Laurel  MS  39440-0000

EIN 64-0840951  Phone no. (601) 428-1062

F 02/27/02 	Form 1040 (2001)

EXHIBIT "J"

## OFFICE OF THE DISTRICT ATTORNEY
EIGHTEENTH CIRCUIT COURT DISTRICT
JONES COUNTY



## ANTHONY J. BUCKLEY
DISTRICT ATTORNEY

DATE: 5-4-04

HON: Jay L. Jernigan

RE: State of Mississippi v. Antwain Jones    CAUSE NO: 2003-171-KR2

DEAR Jay:

I have reviewed the aforementioned file(s) and recommend the following sentence based upon your client's acceptance of responsibility by entry of a guilty plea:

If you can get your client Abe Jones to sign over the 2 cars (Lincoln LS + Pontiac) to SEMDTF, I will dismiss the Sale on Antwain Jones his son. Antwain is caught on video and the CI is available. If not, we will try Antwain this term.

PLUS court costs _____, applicable lab fees _____,

and a _____ fee to be paid to the County General Fund for attorney's fees if this a court appointed case.

This offer must be <u>accepted and executed</u> before Tuesday May 18th, 2004.
Failure to plea your client accordingly, or the hearing of any motions, will automatically terminate this offer! This offer is based on the understanding that your client has _____ Felony convictions. If there are more felony convictions or other current charges this offer is void.

Sincerely,                                             Date of Acceptance: _____

_____                               _____
Assistant District Attorney                           Attorney for Defendant

                                                      _____
                                                      Defendant

# Jay L. Jernigan
A PROFESSIONAL ASSOCIATION
ATTORNEY AT LAW
POST OFFICE BOX 427
HATTIESBURG, MS 39403-0427
jerniga@mfir.com

631 North Main street
Suite D
Hattiesburg, MS 39401

OFFICE (601) 544-1422
HOME (601) 264-5012
FAX (601) 544-1428

September 13, 2004

Abe Jones #65170
SMCI-II D1-33
P. O. Box 1419
Leakesville, MS 39451

Dear Mr. Jones:

You are correct in that I sent to your mother a copy of Agreed Order and letter from Anthony Buckley. She did contact you as your letter states to me that you received the May 4, 2004 letter. The consideration for allowing the property to be forfeited was that your son Antwain would have his sale charge dismissed that was pending. His sentence would have been 30 years if found guilty. I had reviewed the tapes of the sale charge and there is no doubt that he would have been found guilty by a jury had we gone to trial. Further enclosed please find a copy of all goods that were seized and they did not have the values you have stated.

Please note that we were not given them anything that they did not already have in that there was sufficient evidence before the Court that would have allowed the Court to forfeit the property to the State of Mississippi in that you conducted your sales of drugs at your home and used your vehicles to transport the drugs. The copies of gambling receipts that you said you had would not have been determinative to overcome the forfeiture.

You failed to contact me to let me know what you wanted to do within the time period allowed by the District Attorney. I then called your mother who instructed me to sign the Order in order to prevent your son from going to jail. She indicated that you did not want Antwain to go to jail.

If you do contest these facts then I can contact Anthony Buckley who more than likely will set aside the orders and proceed to the trial of your son. That is a risk that you would take in that the evidence shows guilt of your son.

Thanking you for your attention to this matter and with best regards, I remain

Sincerely,

JAY L. JERNIGAN

JLJ/lf

EXHIBIT-L

STATE OF MISSISSIPPI)
                     SS
COUNTY OF Smith     )

## PERSONAL AFFIDAVIT OF HILMA JONES

I, HILMA JONES , Being First Duly sworn, Do deposes as Follow; I, have been Granted Power of Attorney pursuant to the Durable Power of Attorney Act, MCA § 87-3-7(1972) By ABE JONES Jr.. By, the Granting of this Power, I, have Been Giving the Authority By Abe Jones jr, to convey Any and All needed Personal and Business Transactions on Behalf of Abe Jones jr, Due to His being Incarcerated.

It has, been brought to my Attention; On or About August 27, 2004 that. The Hon. JAY L. JERNIGAN, Attorney at Law had Entered An Agreed Order of Dismissal, in the County Court of Jones County, Mississippi. In, cause No: 2002-211 Forfeiting the Personal Property of ABE JONES Jr and, ETTA JONES that. Was, seized by the Jones County Sheriff's Department and, the Southeast Mississippi Drug Task Force.

I, do not know and, have no knowledge of Anyone including Myself Giving, Attorney Jay L. Jernigan the Authority to Execute Any Actions of A settlement concerning the Items and, property seized from ABE JONES, Jr and, ETTA JONES.

As, the Person Authorized by ABE JONES, Jr to Conduct All Business and, Personal Transactions on his behalf. I, have not Signed or Entered in to Any Type of An Agreement or, Authorized Attorney Jay L. Jernigan. To, act as an Agent on behalf of Abe Jones, Jr, to Forfeit Any of the Property seized by the Jones County Sheriff's Department and, The Southeast Mississippi Drug task Force.

STATE OF MISSISSIPPI)
                    SS
COUNTY OF Smith    )

## PERSONAL AFFIDAVIT OF ETTA JONES

**I, ETTA JONES, Being First Duly Sworn, Do Deposes as Follow;**

It, has Been Brought to my Attention that. On or About JUNE 21, 2004. Attorney JAY L. JERNIGAN, Attorney at Law 631 N.MAIN ST. Suite-D Hattiesbrug, Mississippi.39401, Entered an Alleged Agreed Order of Dismissal. In the County Court of Jones County, Mississippi, Second Judicial District, Alleging that.
I, Etta Jones and, Abe Jones, Jr had Agreed to Forfeit Property Belonging to us, to the, Jones County Sheriff's Department and Southeast Mississippi Drug Task Force, In A Forfeit matter in cause No: 2002-211.

I, Etta Jones, Have not Agreed, signed or Authorized Any Such Actions. I, have only Found out About this Alleged Agreement from, Abe Jones, Jr on or About August 27, 2004.

The Statements Alleged in this, So-called Agreed Order of Dismissal is False. Attorney Jay L. Jernigan has, falsely Accused me of Part-Taken in this Alleged Action.

At, no time have I, nor Abe Jones, Jr Advised Attorney Jay L. Jernigan to Execute, of Act as our Agent in any Matters of this Kind.

Attorney Jay L. Jernigan, Jones County Sheriff's Department and, The Southeast Misdsissippi Drug task Force Has Conspired to Deprive Abe Jones, Jr and Myself of our Property In A Non-Authorized Action Acting as our Attorney in this Matter.

Attorney Jay L. Jernigan, was Retained to Represent Abe Jones, Jr and, Antwain Jones in Criminal Matters only. Attorney Jay L. Jernigan, did not have Authority to conduct any Actions concerning the Property seized by the, Jones County Sheriff's department and, Southeast Mississippi Drug Task Force.

Due to, the UnAuthorized Actions of Attorney Jay L. Jernigan. Abe Jones And, Myself have been Deprived of the Following Listed Property Items without our Authority or Agreement to do so;

LIST OF PROPERTY DEPRIVED OF:

(1). One 2001 Lincoln LLS vehice, VIN# 1LNH87A51Y701314,titled in the name of Abe Jones,jr., with a lien favor of Miss.Title Loans; Purchashed value of Approximately $43,365.00;

(2). One 2000 Pontiac Grand Am vehicle, VIN# 1G2NF52TXYM853961,Titled in the name of Abe Jones,jr. and Etta Jones, Purchashed value of Approximately $18,000.00;

(3). One Sanyo 19" television set, valued at Approx.$75.00;

(4). One Gateway Computer and Accessories,valued at Approx.$750.00;

(5). One Epson Printer, valued at Approx.$ 75.00;

(6). One UMAX Scanner, valued at Approx. $80.00;

(7). One Allegro Video Cassette Recorder, valued at Approx.$50.00;

(8). one GE D.V.D. Player,valued at Approx.$175.00;

(9). One Cannon Camcorder,valued at Approx.$325.00;

(10). One Mitsubitchi Camera,valued at Approx.$500.00;

(11). one Emerson CD and Cassette Player, with Speakers,valued at Approx $80.00;

(12). One Phillips 60" television set,valued at Approx,$3,500.00;

(13). One Kenwood dual Cassette deck,valued at Approx.$200.00;

(14). One Kenwood CD Changer with Surround Sound, valued at Approx. $400.00;

(15). One Kenwood CD Changer,valued at Approx.$325.00;

(16). One Orion VCR, valued at Approx.$45.00;

(17). One Emerson 12" television set,valued at Approx $70.00;

(18). Two Phillips Dual Cassette& CD Player,valued at Approx.$300.00 (150.00 each);

(19). $1,800.00 In United States Currency(cash);

These,Items and Property Total A Value of Approximately, Seventy Thousand-One Hundrad & Fifteen Dollars($70,115.00).

Attorney Jay L. Jernigan, Jones County Sheriff's Department, Jones County District Attorney Office and, The Southeast Mississippi Drug Task Force has Depived Abe Jones, Jr and Myself, Etta Jones of our Property by the Act of Defraud by Deceition.

The, Alleged terms of this So-Called Settlement Listed in the Agreed Order of Dismissal that. I, am Accused of Agreeing to. or False and, Untrue.

/s/ Etta Jones
Affiant

Sworn to and Subscribed to Before me this the 9th day of SEPTEMBER, 2004.A.D.

My Commission Expires;    Notary Public

page 3 of 3

EXHIBIT-N-1-N

| | | | 2001 |
|---|---|---|---|
| PAYER's name, address... telephone no. | 1 Gross winnings $600.00 | 4 Date won 05/10/2001 | Form W-2G |
| ER STAR HOTEL & CASINO | 3 Type of wager SLOTS | | Certain Gambling Winnings |
| Box 6048 | 5 Transaction 212055 | 6 Race 667 | |
| adelphia, MS 39350 | 7 Winnings from identical wagers N/A | 8 Cashier BA16 | |
| 345731  (601)650-1234 | 9 Winner's taxpayer identification no. 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 | 10 Window 377 | This information is being furnished to the Internal Revenue Service. |
| WINNER'S name, address (including apt. no.), and zip code | 11 First I.D. 587345613 | 12 Second I.D. 587- | |
| S JR, ABE | 13 State/Payer's state identification no. 64-0245731-8 | 14 State income | Copy B |
| BOX 407 | | | Report this income on your Federal tax return. If this form shows Federal income tax withheld in box 2, attach this copy to your return. |
| D, MS 39480 | | | |

Under penalties of perjury, I declare that to the best of my knowledge and belief, the name, address, and taxpayer identification number...

Signature ▶  Date ▶ 05/10/2001

Form W-2G

2

---

**Form W-2G 2001 — Certain Gambling Winnings — Copy B**

| Field | Value |
|---|---|
| PAYER | SILVER STAR HOTEL & CASINO, P.O. Box 6048, PHILADELPHIA, MS 39350 |
| Payer Federal I.D. / Phone | 64-0345731 / (601)650-1234 |
| WINNER | JONES JR, ABE, PO BOX 407, SOSO, MS 39480 |
| 1 Gross winnings | 1,600.00 |
| 2 Federal income tax withheld | 0.00 |
| 3 Type of wager | SLOTS |
| 4 Date won | 05/10/2001 |
| 5 Transaction | 217063 |
| 6 Race | 20182 |
| 7 Winnings from identical wagers | N/A |
| 8 Cashier | 115EB |
| 9 Winner's taxpayer ID | 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 |
| 10 Window | 577854 |
| 11 First I.D. | 587345613 |
| 12 Second I.D. | 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 |
| 13 State/Payer's state ID no. | 64-0345731-8 |
| 14 State income tax withheld | 80.00 |
| Date | 05/10/2001 |

---

**Form W-2G 2001 — Certain Gambling Winnings — Copy B** (second form)

| Field | Value |
|---|---|
| PAYER | SILVER STAR HOTEL & CASINO, P.O. Box 6048, PHILADELPHIA, MS 39350 |
| Payer Federal I.D. / Phone | 64-0345731 / (601)650-1234 |
| WINNER | JONES JR, ABE, PO BOX 407, SOSO, MS 39480 |
| 1 Gross winnings | 1,600.00 |
| 2 Federal income tax withheld | 0.00 |
| 3 Type of wager | SLOTS |
| 4 Date won | 05/10/2001 |
| 5 Transaction | 217068 |
| 6 Race | 20182 |
| 7 Winnings from identical wagers | N/A |
| 8 Cashier | 115EB |
| 9 Winner's taxpayer ID | 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 |
| 10 Window | 577854 |
| 11 First I.D. | 587345613 |
| 12 Second I.D. | 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 |
| 13 State/Payer's state ID no. | 64-0345731-8 |
| 14 State income tax withheld | 80.00 |
| Date | 05/10/2001 |

---

**Form W-2G 2001 — Certain Gambling Winnings — Copy B** (third form)

| Field | Value |
|---|---|
| PAYER | SILVER STAR HOTEL & CASINO, P.O. Box 6048, PHILADELPHIA, MS 39350 |
| Payer Federal I.D. / Phone | 64-0345731 / (601)650-1234 |
| WINNER | JONES JR, ABE, PO BOX 407, SOSO, MS 39480 |
| 1 Gross winnings | 1,600.00 |
| 3 Type of wager | SLOTS |
| 4 Date won | 05/10/2001 |
| 5 Transaction | 217071 |
| 6 Race | 20182 |
| 8 Cashier | TUCKER, BERNITA |
| 9 Winner's taxpayer ID | 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 |
| 11 First I.D. | 587345613 MS |
| 12 Second I.D. | 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 |
| 13 State/Payer's state ID no. | 64-0345731-8 |





Form W-2G — Certain Gambling Winnings (2001)

Payer: SILVER STAR HOTEL & CASINO, P.O. Box 6048, Philadelphia, MS 39350; 64-0345731; (601)650-1234

Winner: JONES JR, ABE, BOX 407 15 CLARENCE KNIGHT RD, SOSO, MS 39480

Form 1: Gross winnings $2,000.00; Date 06/02/2001; Transaction 220539; Race 80093; Slots
Form 2: Gross winnings $5,400.00; Date 06/02/2001; Transaction 220502; Race 20130; Slots
Form 3: Gross winnings $14,400.00; Date 06/02/2001; Transaction 220597; Race 20130; Slots

4

☐ CORRECTED

| PAYER'S name, address, ZIP code, Federal I.D. no., and telephone no. | 1 Gross winnings  1,250.00 | 2 Federal income tax withheld  0.00 | OMB No. 1545-0238 |
|---|---|---|---|
| SILVER STAR HOTEL & CASINO  P.O. Box 6048  Philadelphia, MS 39350  64-0345731    (601)650-1234 | 3 Type of wager  SLOTS | 4 Date won  06/03/2001 | 2001 Form W-2G Certain Gambling Winnings |
| | 5 Transaction  220719 | 6 Race  80042 | |
| | 7 Winnings from identical wagers  N/A | 8 Cashier  Hudson, Rosie | |
| WINNER'S name, address (including apt. no.), and zip code  JONES JR, ABE  PO BOX 407  SOSO, MS 39480 | 9 Winner's taxpayer identification no.  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 | 10 Window  3836551 | |
| | 11 First I.D.  587345613MS | 12 Second I.D.  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 | Copy 1 For State Tax Department |
| | 13 State/Payer's state identification no.  64-0345731-8 | 14 State income tax withheld  62.50 | |

Signature ► *Abe Jones Jr*    Date 06/03/2001

Form W-2G                    Department of the Treasury - Internal Revenue Service

---

14-3  0236

☐ CORRECTED

| PAYER'S name, address, ZIP code, Federal I.D. no., and telephone no. | 1 Gross winnings  3,600.00 | 2 Federal income tax withheld  0.00 | OMB No. 1545-0238 |
|---|---|---|---|
| SILVER STAR HOTEL & CASINO  P.O. Box 6048  Philadelphia, MS 39350  64-0345731    (601)650-1234 | 3 Type of wager  SLOTS | 4 Date won  06/03/2001 | 2001 Form W-2G Certain Gambling Winnings |
| | 5 Transaction  220704 | 6 Race  20011 | |
| | 7 Winnings from identical wagers  N/A | 8 Cashier  RH110 | |
| WINNER'S name, address (including apt. no.), and zip code  JONES JR, ABE  PO BOX 407  SOSO, MS 39480 | 9 Winner's taxpayer identification no.  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 | 10 Window  3836407 | |
| | 11 First I.D.  587345613MS | 12 Second I.D.  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 | Copy 1 For State Tax Department |
| | 13 State/Payer's state identification no.  64-0345731-8 | 14 State income tax withheld  180.00 | |

Signature ► *Abe Jones Jr*    Date 06/03/2001

Form W-2G                    Department of the Treasury - Internal Revenue Service

---

☐ CORRECTED

| PAYER'S name, address, ZIP code, Federal I.D. no., and telephone no. | 1 Gross winnings  50,000.00 | 2 Federal income tax withheld | OMB No. 1545-0238 |
|---|---|---|---|
| SILVER STAR HOTEL & CASINO  P.O. Box 6048  Philadelphia, MS 39350  (601)650-1234 | 3 Type of wager  SLOTS | 4 Date won | 2001 Form W-2G Certain Gambling Winnings |
| | 5 Transaction  220716 | 6 Race | |
| | 7 Winnings from identical wagers  N/A | 8 Cashier | |
| WINNER'S name, address (including apt. no.), and zip code  [illegible]  PO [illegible]  [illegible] 39480 | 9 Winner's taxpayer identification no.  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 | 10 Window | |
| | 11 First I.D.  587345613MS | | |

5

## Form W-2G #1

☐ CORRECTED (if checked)    380    14/4    23.05

PAYER: STAR HOTEL & CASINO, BOX 6048, PHILADELPHIA, MS 39350, 64-0345731, (601)650-1234

| Box | Field | Value |
|---|---|---|
| 1 | Gross winnings | 4,000.00 |
| 2 | Federal income tax withheld | 0.00 |
| 3 | Type of wager | SLOTS |
| 4 | Date won | 06/05/2001 |
| 5 | Transaction | 221023 |
| 6 | Race | 80142 |
| 7 | Winnings from identical wagers | N/A |
| 8 | Cashier | HUGHES, SHAMALI |
| 9 | Winner's taxpayer identification no. | 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 |
| 10 | Window | 3843215 |
| 11 | First I.D. | 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MS |
| 12 | Second I.D. | 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 |
| 13 | State/Payer's state identification no. | 64-0345731-8 |
| 14 | State income tax withheld | 200.00 |

WINNER: JONES JR, ABE, PO BOX 407, ___ KNIGHT RD, ___, MS 39480

Date: 06/05/2001

OMB No. 1545-0238 — 2001 Form W-2G Certain Gambling Winnings — Copy B

---

## Form W-2G #2

14-3  02.49    ☐ CORRECTED (if checked)

PAYER: STAR HOTEL & CASINO, BOX 6048, PHILADELPHIA, MS 39350, (601)650-1234

| Box | Field | Value |
|---|---|---|
| 1 | Gross winnings | 1,200.00 |
| 2 | Federal income tax withheld | 0.00 |
| 3 | Type of wager | SLOTS |
| 4 | Date won | 06/03/2001 |
| 5 | Transaction | 220701 |
| 6 | Race | 20130 |
| 7 | Winnings from identical wagers | N/A |
| 8 | Cashier | LG*126 |
| 9 | Winner's taxpayer identification no. | 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 |
| 10 | Window | 3836403 |
| 11 | First I.D. | 587345613MS |
| 12 | Second I.D. | 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 |
| 14 | State income tax withheld | 00.00 |

WINNER: JONES JR, ABE, 407, MS 39480

OMB No. 1545-0238 — 2001 Form W-2G Certain Gambling Winnings — Copy B

---

## Form W-2G #3

14-3  0300    ☐ CORRECTED

PAYER: STAR HOTEL & CASINO, BOX 6048, PHILADELPHIA, MS 39350, (601)650-1234

| Box | Field | Value |
|---|---|---|
| 1 | Gross winnings | 1,800.00 |
| 2 | Federal income tax withheld | 0.00 |
| 3 | Type of wager | SLOTS |
| 4 | Date won | 06/03/2001 |
| 5 | Transaction | 220708 |
| 6 | Race | 20130 |
| 7 | Winnings from identical wagers | N/A |
| 8 | Cashier | Hudson, Rosie |
| 9 | Winner's taxpayer identification no. | 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 |
| 10 | Window | 3836431 |
| 11 | First I.D. | 587345613MS |
| 12 | Second I.D. | 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 |

WINNER: JONES JR, ABE, 407, MS 39480

OMB No. 1545-0238 — 2001 Form W-2G — Copy 1

---

## Form W-2G #4

☐ CORRECTED (if checked)

PAYER: SILVER STAR HOTEL & CASINO, P.O. Box 6048, PHILADELPHIA, MS 39350, 64-0345731, (601)650-1234

| Box | Field | Value |
|---|---|---|
| 1 | Gross winnings | 4,000.00 |
| 2 | Federal income tax withheld | 0.00 |
| 3 | Type of wager | SLOTS |
| 4 | Date won | 06/05/2001 |
| 5 | Transaction | 221006 |
| 6 | Race | 20231 |
| 7 | Winnings from identical wagers | N/A |
| 8 | Cashier | LM*204 |
| 9 | Winner's taxpayer identification no. | 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 |
| 10 | Window | 3842930 |
| 11 | First I.D. | 587345613MS |
| 12 | Second I.D. | 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 |

WINNER: JONES JR, ABE, PO BOX 407, SOSO, MS 39480

2001 Form W-2G Certain Gambling Winnings

## Form W-2G (2002) — Certain Gambling Winnings — Copy B

☐ CORRECTED (if checked)   OMB No. 1545-0238

| Field | Value |
|---|---|
| PAYER'S name, address, ZIP code, Federal I.D. no., and telephone no. | SILVER STAR HOTEL & CASINO, P.O. Box 6048, PHILADELPHIA, MS 39350, 64-0345731, (601)650-1234 |
| 1 Gross winnings | 2,400.00 |
| 2 Federal income tax withheld | 0.00 |
| 3 Type of wager | SLOTS |
| 4 Date won | 03/10/2002 |
| 5 Transaction | 260276 |
| 6 Race | 20130 |
| 7 Winnings from identical wagers | N/A |
| 8 Cashier | MCMILLAN, ROGER |
| WINNER'S name, address | JONES JR, ABE, PO BOX 407, SOSO, MS 39480 |
| 9 Winner's taxpayer identification no. | 587345613 |
| 10 Window | 4531947 |
| 11 First I.D. | 587345613 |
| 12 Second I.D. | 587345613 |
| 13 State/Payer's state identification no. | 64-0345731-8 |
| 14 State income tax withheld | 72.00 |
| Signature | [signed] Abe Jones Jr |
| Date | 03/10/2002 |

---

☐ CORRECTED (if checked)   OMB No. 1545-0238

| Field | Value |
|---|---|
| PAYER | SILVER STAR HOTEL & CASINO, P.O. Box 6048, PHILADELPHIA, MS 39350, 64-0345731, (601)650-1234 |
| 1 Gross winnings | 1,200.00 |
| 2 Federal income tax withheld | 0.00 |
| 3 Type of wager | SLOTS |
| 4 Date won | 03/10/2002 |
| 5 Transaction | 260275 |
| 6 Race | 20062 |
| 7 Winnings from identical wagers | N/A |
| 8 Cashier | ROBERSON, WAKES |
| WINNER | JONES JR, ABE, PO BOX 407, SOSO, MS 39480 |
| 9 Winner's taxpayer identification no. | 587345613 |
| 10 Window | 4531936 |
| 11 First I.D. | 587346113 |
| 12 Second I.D. | 587345613 |
| 13 State/Payer's state identification no. | 64-0345731-8 |
| 14 State income tax withheld | 36.00 |
| Signature | [signed] Abe Jones Jr |
| Date | 03/10/2002 |

---

-1164   1.5   ☐ CORRECTED (if checked)   OMB No. 1545-0238

| Field | Value |
|---|---|
| PAYER | SILVER STAR HOTEL & CASINO, P.O. Box 6048, PHILADELPHIA, MS 39350, 64-0345731, (601)650-1234 |
| 1 Gross winnings | 1,200.00 |
| 2 Federal income tax withheld | 0.00 |
| 3 Type of wager | SLOTS |
| 4 Date won | 03/10/2002 |
| 5 Transaction | 260308 |
| 6 Race | 20092 |
| 7 Winnings from identical wagers | N/A |
| 8 Cashier | WILLIS, TIMOTHY |
| WINNER | JONES JR, ABE, PO BOX 407, SOSO, MS 39480 |
| 9 Winner's taxpayer identification no. | 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 |
| 10 Window | 4532261 |
| 11 First I.D. | 587345613 |
| 12 Second I.D. | 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 |
| 13 State/Payer's state identification no. | 64-0345731-8 |
| 14 State income tax withheld | 36.00 |

## Form W-2G (2002) — First

| Field | Value |
|---|---|
| PAYER | SILVER STAR HOTEL & CASINO, P.O. Box 6048, Philadelphia, MS 39350 |
| Federal I.D. / Phone | 64-0345731  (601) 650-1234 |
| WINNER | JONES JR, ABE, 115 ANDY KNIGHT RD, SOSO, MS 39480 |
| 1 Gross winnings | 3,600.00 |
| 2 Federal income tax withheld | 0.00 |
| 3 Type of wager | SLOTS |
| 4 Date won | 04/11/2002 |
| 5 Transaction | 265305 |
| 6 Race | |
| 8 Cashier | 71291 Todd, Chantel |
| 9 Winner's taxpayer ID | N/A |
| 11 First I.D. | 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 |
| 12 Second I.D. | 4617609 |
| 13 State/Payer's state ID no. | 587345613MS |
| 14 State income tax withheld | 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 |
| Signature | Abe Jones Jr |
| Date | 04/11/2002 |

## Form W-2G (2002) — Second

| Field | Value |
|---|---|
| PAYER | SILVER STAR HOTEL & CASINO, P.O. Box 6048, Philadelphia, MS 39350 |
| Federal I.D. / Phone | 64-0345731  (601) 650-1234 |
| WINNER | JONES JR, ABE, 115 ANDY KNIGHT ROAD, SOSO, MS 39480 |
| 1 Gross winnings | 1,600.00 |
| 2 Federal income tax withheld | 0.00 |
| 3 Type of wager | SLOTS |
| 4 Date won | 03/16/2002 |
| 5 Transaction | 261083 |
| 6 Race | 20130 |
| 8 Cashier | 4546148 Steele, Cheryl |
| 9 Winner's taxpayer ID | N/A |
| 11 First I.D. | 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 |
| 12 Second I.D. | 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 |
| 13 State/Payer's state ID no. | 587345613MS |
| 14 State income tax withheld | 64-0345731-0 |
| Signature | Abe Jones Jr |
| Date | 03/16/2002 |

## Form W-2G (2002) — Third

| Field | Value |
|---|---|
| PAYER | SILVER STAR HOTEL & CASINO, P.O. Box 6048, Philadelphia, MS 39350 |
| Federal I.D. / Phone | 64-0345731  (601) 650-1234 |
| WINNER | JONES JR, ABE, 115 ANDY KNIGHT ROAD, SOSO, MS 39480 |
| 1 Gross winnings | 1,600.00 |
| 2 Federal income tax withheld | 0.00 |
| 3 Type of wager | SLOTS |
| 4 Date won | 03/16/2002 |
| 5 Transaction | 261080 |
| 6 Race | 20130 |
| 8 Cashier | 4546079 Steele, Cheryl |
| 9 Winner's taxpayer ID | 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 |
| 11 First I.D. | 587345613MS |
| 12 Second I.D. | 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 |
| 13 State/Payer's state ID no. | 64-0345731-0 |
| 14 State income tax withheld | 48.00 |
| Signature | Abe Jones Jr |
| Date | 03/16/2002 |

EXHIBIT - "P"

