IN THE UNITED STATE COURT OF APPEALS
FOR THE FIFTH CIRCUIT

ABE JONES, JR.                                                              PLAINTIFF

VS.                                             CIVIL ACTION NO. 2:04cv349-KS-RHW

ANTHONY J. BUCKLEY, ET AL.,                                              DEFENDANTS

---

TO: CHARLES R. FULBRUGE, III, CLERK
U.S. Court of Appeals for the 5th Circuit
600 Maestri Place
New Orleans, LA 70130

FROM: ABE JONES, JR. #65170
S.M.C.I.-II, D-2, A-Zone
P.O. Box 1419
Leakesville, Ms. 39451

Dear Clerk,

On or about 7/20/2006 the Clerk of the United States District Court entered a Judgment dismissing with prejudice the above styled and numbered cause. On 8/8/2006 I filed Notice of Appeal a copy of the actual notice of appeal is attached hereto along with Mississippi Department of Corrections, Mail Transaction Legal which shows that the Notice of Appeal was mailed. As of present date I have heard nothing from the Notice of Appeal from the Clerk of the U.S. District Court, or this Office.

1.

I thought I was entitled to an appeal in this action, it was timely filed.

Any information you may have for me concerning this matter would be greatly appreciated. I have included the Mail Log, the U.S. District Court Docket and a copy of the Notice of Appeal.

11-9-2006

Respectfully Submitted,

Abe Jones Jr.